**CRIMINAL MINUTES**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

**CASE NO.** 5:21-cr-9      **DATE:** 11/19/2021      **TIME** 11:30-11:45

**USA v.** Linda Jean Facundo            FTR-WAY-CR1

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**      **INTERPRETER:** Michelle Gonzales

| | | |
|---|---|---|
| X | **DEFENDANT PRESENT** | |
| X | **COUNSEL FOR DEFENDANT** | Kathy Griffin, appointed |
| X | **ASSISTANT U.S. ATTORNEY** | Tania Groover |
| X | **DEPUTY CLERK** | Kim Mixon |
| X | **U.S.P.O** | Fonda Dixon |
| X | **U.S. MARSHAL** | x  Jay Ciambrone        Marty Fitzjurls         Jason Parnell |
|   | **INITIAL APPEARANCE**       **ARRAIGNMENT**     X  **DETENTION / BOND** | |

Court recaps case. Here on Defendant's request for bond hearing. Government withdraws motion for detention.
Defendant allowed to obtain her possessions from home where she resided with Mr. Bussey. No contact afterwards without prior court approval and written request.
USPO Fonda Dixon states Defendant will have courtesy supervision out of Middle District of Florida.
Court orders Defendant released on $25,000.00 appearance bond with conditions. Order Setting Conditions to follow.