**CRIMINAL MINUTES**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | | |
|---|---|---|
| 521-cr-9 | **DATE** 11/18/2021 | **TIME** 2:30-4:25 |

**USA v.** Antonio Chavez Ramos, et al.    **TAPE NO.** FTR-WAY-CR1

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**    **INTERPRETER:** Michelle Gonzales/Davor Zidovec

| | | |
|---|---|---|
| X | **DEFENDANTS PRESENT** | |
| X | **COUNSEL FOR DEFENDANTS** | Trey Hicks, Adam Craft, Johnny Vines, Joseph Williams, Marc Metts, DeLeigh Poole, all appointed |
| X | **ASSISTANT U.S. ATTORNEY** | Tania Groover |
| X | **DEPUTY CLERK** | Kim Mixon |
| X | **U.S.P.O** | Brad Chapman and Fonda Dixon |
| X | **U.S. MARSHAL** | Jay Ciambrone   x  Marty Fitzgurls   x  Jason Parnell |
| X | **INITIAL APPEARANCE** | X  **ARRAIGNMENT** |

X DEFENDANTS   ARRESTED ON           X CUSTODY OF USM ON   11/18/2021

X COPY OF    X INDICTMENT      INFORMATION GIVEN TO DEFENDANT

X DEFENDANTS ADVISED OF RIGHTS

X DEFENDANTS WAIVE FORMAL READING OF THE INDICTMENT

X PRETRIAL SERVICES REPORT FURNISHED TO COUNSEL AND COURT

X CONSULAR NOTIFICATION RIGHTS EXPLAINED

_ PREPARE ORDER OF TEMPORARY DETENTION

X REQUEST BY AUSA THAT THE DEFENDANTS BE DETAINED WITHOUT BOND PENDING TRIAL

AS TO DEFENDANT JUAN FRANCISCO ALVAREZ CAMPOS:

CJA AFFIDAVIT PROVIDED. ADAM CRAFT APPOINTED AS COUNSEL FOR DEFENDANT JUAN FRANCISCO ALVAREZ CAMPOS.

DEFENDANT PLED NOT GUILTY.

AS TO NERY RENE CARRILLO-NAJARRO:

CJA AFFIDAVIT PROVIDED. MARC METTS APPOINTED AS COUNSEL FOR NERY RENE CARRILLO-NAJARRO.

DEFENDANT PLED NOT GUILTY.

ENRIQUE DUQUE TOVAR:

CJA AFFIDAVIT PROVIDED. DELEIGH POOLE APPOINTED AS COUNSEL FOR ENRIQUE DUQUE TOVAR.  DEFENDANT PLED NOT GUILTY.

AS TO DEFENDANT ANTONIO CHAVEZ RAMOS:

CJA AFFIDAVIT PROVIDED. TREY HICKS APPOINTED AS COUNSEL FOR ANTONIO CHAVEZ RAMOS.  DEFENDANT PLED NOT GUILTY.

AS TO DEFENDANT DANIEL MERARI CANELA DIAZ:

CJA AFFIDAVIT PROVIDED. JOHNNY VINES APPOINTED AS COUNSEL FOR DANIEL MERARI CANELA DIAZ.  DEFENDANT PLED NOT GUILTY.

AS TO BRETT BUSSEY:

CJA AFFIDAVIT PROVIDED. JOSEPH WILLIAMS APPOINTED AS COUNSEL FOR DEFENDANT BRETT BUSSEY.

DEFENDANT PLED NOT GUILTY.

DISCOVERY ADDRESSED. GOVERNMENT PROVIDES THE SCOPE AND VOLUME OF DISCOVERY IN THIS CASE. GOVERNMENT REQUESTS 2 TERABYTE HARDDRIVE FOR DISCOVERY UPLOAD.  GOVERNMENT PLANS TO FILE MOTION TO DECLARE CASE COMPLEX AS WELL AS A MOTION FOR PROTECTIVE ORDER. GOVERNMENT PROPOSES 180 PRETRIAL MOTIONS DEADLINE. NO OBJECTIONS BY DEFENSE.  180 DAY MOTIONS DEADLINE WITH 30 DAY RESPONSE DEADLINE. THE TIME TO BE EXCLUDED FROM SPEEDY TRIAL CLOCK.

COURT ADVISED PARTIES OF GOVERNMENT'S DISCLOSURE OBLIGATIONS UNDER FRCrP 5(f)(1) and *Brady v. Maryland*. SCHEDULING ORDER TO FOLLOW.

DETENTION:
GOVERNMENT SEEKS DETENTION FOR ALL DEFENDANTS AT THIS TIME. GOVERNMENT REQUESTS 3 DAYS TO PREPARE FOR BOND HEARINGS.
AS TO JUAN FRANCISCO ALVAREZ CAMPOS:
DEFENDANT SEEKS BOND HEARING. COURT WILL SET HEARING.
AS TO NERY RENE CARRILLO-NAJARRO:
DEFENDANT SEEKS BOND HEARING. COURT WILL SET HEARING.
AS TO ENRIQUE DUQUE TOVAR:
DEFENDANT SEEKS BOND HEARING. COURT WILL SET HEARING.
AS TO ANTONIO CHAVEZ RAMOS:
DEFENDANT HAS ICE DETAINER.  DEFENDANT WAIVES RIGHT TO DETENTION HEARING AT THIS TIME. REMANDED TO CUSTODY OF USMS. DETENTION ORDER TO FOLLOW.
AS TO DANIEL MERARI CANELA DIAZ:
DEFENDANT SEEKS BOND HEARING. COURT WILL SET HEARING.
AS TO BRETT DONAVAN BUSSEY:
DEFENDANT SEEKS BOND HEARING.  COURT WILL SET HEARING.