Query  Reports  Utilities  Help  What's New  Log Out

BOND, CLOSED, CUSTODY, INTERPRETER

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:21-mj-02130-EAJ All Defendants

Case title: USA v. Garcia-Martinez
Other court case number: 5:21-cr-0009 Southern District of Georgia

Date Filed: 11/17/2021
Date Terminated: 11/22/2021

Assigned to: Magistrate Judge Elizabeth A. Jenkins

**Defendant (1)**

**Rosalva Garcia-Martinez**
*TERMINATED: 11/22/2021*

represented by **Victor Daniel Martinez**
Victor D. Martinez, PA
1408 N Westshore Blvd Ste 705
Tampa, FL 33607
813-289-0600
Fax: 813-287-2833
Email: vmartinez@tampabay.rr.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**  **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**  **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**  **Disposition**
18:1349.F ATTEMPT AND CONSPIRACY
TO COMMIT MAIL FRAUD

Assigned to: Magistrate Judge Elizabeth A. Jenkins

| | |
|---|---|
| **Daniel Mendoza**<br>*TERMINATED: 11/17/2021* | represented by **Percy King**<br>Federal Public Defender<br>400 N. Tampa St., Suite 2700<br>Tampa, FL 33602<br>Email: Percy_King@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD | |

---

Assigned to: Magistrate Judge Elizabeth A. Jenkins

**Defendant (3)**

| | |
|---|---|
| **Esther Garcia**<br>*Spanish Interpreter Required*<br>*TERMINATED: 11/22/2021* | represented by **Wesley E. Trombley**<br>Trombley & Hanes<br>707 N. Franklin Street, 10th Floor<br>Tampa, FL 33602<br>813/229-7918<br>Fax: 813/223-5204<br>Email: wtrombley@trombleyhaneslaw.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

Query   Reports   Utilities   Help   What's New   Log Out

None

## Highest Offense Level (Terminated)

None

## Complaints

18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD

## Disposition

## Plaintiff

**USA**     represented by **Maria Guzman**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813-274-6000
Email: Maria.Guzman@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2021 | 1 | Arrest pursuant to Rule 5(c)(2) of Rosalva Garcia-Martinez, Daniel Mendoza, Esther Garcia from the Southern District of Georgia. (KR) (Entered: 11/17/2021) |
| 11/17/2021 | 2 | ***CJA 23 Financial Affidavit by Rosalva Garcia-Martinez. (KR) (Entered: 11/17/2021) |
| 11/17/2021 | 3 | ***CJA 23 Financial Affidavit by Daniel Mendoza. (KR) (Entered: 11/17/2021) |
| 11/17/2021 | 4 | ***CJA 23 Financial Affidavit by Esther Garcia. (KR) (Entered: 11/17/2021) |
| 11/17/2021 | 5 | ORAL MOTION to Appoint Counsel by Daniel Mendoza. (KR) (Entered: 11/17/2021) |
| 11/17/2021 | 6 | ORAL MOTION for Detention by USA as to Daniel Mendoza. (KR) (Entered: 11/17/2021) |
| 11/17/2021 | 7 | ORAL MOTION to Continue Detention Hearing by USA as to Daniel Mendoza. (KR) (Entered: 11/17/2021) |
| 11/17/2021 | 8 | Minute Entry for in-person proceedings held before Magistrate Judge Elizabeth A. Jenkins: Oral order granting 5 Oral Motion to Appoint Counsel as to Daniel Mendoza (2); Oral Order granting 6 Oral Motion for Detention by USA as to Daniel Mendoza (2); Oral Motion to Continue as to Daniel Mendoza MOOT as defendant requests detention hearing in district of prosecution. INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 11/17/2021 as to Daniel Mendoza from the Southern District of Georgia. (DIGITAL) (Interpreter/Language: N/A) (KR) (Entered: 11/17/2021) |
| 11/17/2021 | 9 | ORAL MOTION to Appoint Interpreter by Esther Garcia. (KR) Corrected on 11/18/2021 (KR). (Entered: 11/17/2021) |
| 11/17/2021 | 10 | ORAL MOTION to Appoint Counsel by Rosalva Garcia-Martinez, Esther Garcia. (KR) |

11/22/21, 3:03 PM  Case 5:21-cr-00009-LGW-BWC   Electronic Case Filing | U.S. District Court Middle District of Florida  Filed 11/22/21   Page 4 of 16

Query    Reports    Utilities    Help    What's New    Log Out

| | | |
|---|---|---|
| 11/17/2021 | 11 | ORAL MOTION for Detention by USA as to Rosalva Garcia-Martinez, and Esther Garcia. (KR) (Entered: 11/17/2021) |
| 11/17/2021 | 12 | ORAL MOTION for Bond by Rosalva Garcia-Martinez, and Esther Garcia. (KR) (Entered: 11/17/2021) |
| 11/17/2021 | 13 | **ORAL ORDER as to Daniel Mendoza: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Elizabeth A. Jenkins on 11/17/2021. (KR)** (Entered: 11/17/2021) |
| 11/17/2021 | 14 | ORAL MOTION to Continue Detention Hearing by USA as to Rosalva Garcia-Martinez, Esther Garcia. (KR) (Entered: 11/17/2021) |
| 11/17/2021 | 15 | ORAL MOTION for Medical Order by Esther Garcia. (KR) (Entered: 11/17/2021) |
| 11/17/2021 | 16 | NOTICE OF HEARING as to Rosalva Garcia-Martinez: Detention Hearing set for 11/19/2021 at 1:00 PM in Tampa Courtroom 10 A before Magistrate Judge Elizabeth A. Jenkins. (KR) (Entered: 11/17/2021) |
| 11/17/2021 | 17 | **COMMITMENT TO ANOTHER DISTRICT as to Daniel Mendoza. Defendant committed to the Southern District of Georgia. Signed by Magistrate Judge Elizabeth A. Jenkins on 11/17/2021. (KR)** (Entered: 11/18/2021) |
| 11/18/2021 | | NOTICE to Southern District of Georgia of a Rule 5 or Rule 32 Initial Appearance as to Daniel Mendoza regarding your case number: 5:21-cr-0009. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (KR) (Entered: 11/18/2021) |
| 11/18/2021 | 18 | **ORAL ORDER as to Esther Garcia: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Elizabeth A. Jenkins on 11/17/2021. (KR)** (Entered: 11/18/2021) |
| 11/18/2021 | 20 | Minute Entry for in-person proceedings held before Magistrate Judge Elizabeth A. Jenkins:<br>Oral Order granting: 9 Oral Motion to Appoint Interpreter; 10 Oral Motion to Appoint Counsel; 14 Oral Motion to Continue Detention Hearing to Friday, November 19, 2021 as to Rosalva Garcia-Martinez (1) and to the evening of Wednesday, November 17, 2021 for Esther Garcia (3); 12 Oral Motion for Bond by Esther Garcia (3) - Signature Bond set for Esther Garcia (3) at $50,000 with Pretrial conditions.<br>Oral Order denying 11 Oral Motion for Detention as to Esther Garcia (3).<br>No Action for 15 Oral Motion for Medical Order as to Esther Garcia (3).<br>INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 11/17/2021 as to Rosalva Garcia-Martinez and Esther Garcia from the Southern District of Georgia. Detention Hearing as to Esther Garcia (3) held on 11/17/2021. Detention Hearing as to Rosalva |

Query     Reports     Utilities     Help     What's New     Log Out

| | | |
|---|---|---|
| 11/18/2021 | 21 | **ORAL ORDER of Appointment of CJA Counsel as to Rosalva Garcia-Martinez: Appointment of Attorney Victor Martinez. Signed by Magistrate Judge Elizabeth A. Jenkins on 11/17/2021. (KR)** (Entered: 11/18/2021) |
| 11/18/2021 | 22 | **ORAL ORDER of Appointment of CJA Counsel as to Esther Garcia: Appointment of Attorney Wesley Trombley. Signed by Magistrate Judge Elizabeth A. Jenkins on 11/17/2021. (KR)** (Entered: 11/18/2021) |
| 11/18/2021 | 23 | **Signature Bond entered as to Esther Garcia in amount of $50,000. Signed by Magistrate Judge Elizabeth A. Jenkins on 11/17/2021. (KR)** (Entered: 11/18/2021) |
| 11/18/2021 | 24 | **ORDER Setting Conditions of Release as to Esther Garcia (3). Signed by Magistrate Judge Elizabeth A. Jenkins on 11/17/2021. (KR)** (Entered: 11/18/2021) |
| 11/18/2021 | 25 | **Third Party Custodian Order as to Esther Garcia. Signed by Magistrate Judge Elizabeth A. Jenkins on 11/17/2021. (KR)** (Entered: 11/18/2021) |
| 11/19/2021 | 28 | Minute Entry for in-person Detention Hearing held before Magistrate Judge Elizabeth A. Jenkins: Oral Order denying 11 Oral Motion for Detention as to Rosalva Garcia-Martinez (1); Oral Order granting 12 Oral Motion for Bond. Unsecured Bond set for Rosalva Garcia-Martinez (1) at $40,000. (DIGITAL) (Interpreter/Language: n/a) (KR) (Entered: 11/19/2021) |
| 11/19/2021 | 29 | **Unsecured BOND entered as to Rosalva Garcia-Martinez in amount of $40,000. Signed by Magistrate Judge Elizabeth A. Jenkins on 11/19/2021. (KR)** (Entered: 11/19/2021) |
| 11/19/2021 | 30 | **ORDER Setting Conditions of Release as to Rosalva Garcia-Martinez $40,000. Signed by Magistrate Judge Elizabeth A. Jenkins on 11/19/2021. (KR)** (Entered: 11/19/2021) |
| 11/22/2021 | 31 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Southern District of Georgia as to Rosalva Garcia-Martinez and Esther Garcia. Signed by Magistrate Judge Elizabeth A. Jenkins on 11/22/2021. (KR)** (Entered: 11/22/2021) |
| 11/22/2021 | | NOTICE to Southern District of Georgia of a Rule 5 or Rule 32 Initial Appearance as to Rosalva Garcia-Martinez, Esther Garcia regarding your case number: 5:21-cr-0009. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (KR) (Entered: 11/22/2021) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:21-mj-2130-EAJ | DATE: | November 17, 2021 |
|---|---|---|---|
| **HONORABLE ELIZABTH A. JENKINS** | | INTERPRETER: LANGUAGE: | Rick Arenas and James Plunkett Spanish |
| UNITED STATES OF AMERICA v. ESTHER GARCIA ROSALVA GARCIA-MARTINEZ | | COURTROOM: | 10A |
| | | **GOVERNMENT COUNSEL** Maria Guzman, AUSA | |
| | | **DEFENSE COUNSEL** Wesley Trombley, CJA (for Esther Garcia) Victor Martinez, CJA (for Rosalva Garcia-Martinez) | |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Kathy Rodriguez |
| TIME | 3:27 PM to 3:51 PM 4:12 PM to 4:42 PM | TOTAL: 54 minutes | PRETRIAL | Vanessa Mendez |

**PROCEEDINGS: INITIAL APPEARANCE - RULE 5 REMOVAL HEARING**
**(Southern District of Georgia, 5:21-cr-0009)**

Spanish interpreter, Rick Arenas, sworn in on the record. Interpreter appointed at Defendant's request.

The Indictment from the Southern District of Georgia is read to the defendants in Spanish.

Financial Affidavit submitted for approval. Court finds that Defendant qualifies for the appointment of counsel. CJA appointed to each for all further proceedings.

Court summarizes the charges and advises Defendant of Rule 5 rights.

Identity hearing waived for both defendants.

BOND:     GOVERNMENT: Oral motion for detention citing presumption and risk of flight.
               DEFENDANT: Oral motion for bond with ankle monitor and electronic monitoring by each defendant.

Government makes an oral motion for a continuance of detention hearing to Friday, November 19, 2021 for each defendant. Defense counsel for both defendants object.

The Court grants the continuance of the detention hearing to Friday, November 19, 2021 at 1:00 P.M as to Rosalva Garcia Martinez. Defense counsel confirms he is in possession of Rosalva Garcia Martinez's passport.

Oral motion for medical order by Esther Garcia.

3:51 P.M. Court takes a recess.

**PROCEEDINGS: DETENTION HEARING AS TO ESTHER GARCIA**
**(Southern District of Georgia, 5:21-cr-0009)**

Spanish interpreter, James Plunkett, sworn in on the record.

Government argues for detention as to Esther Garcia.

Defense counsel for Esther Garcia argues for bond.

Court orders defendant Esther Garcia released on home detention with GPS monitoring by Pretrial Services. Order to follow.

Oral Due Process Order recited.

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: | 8:21-mj-2130-EAJ | DATE: | November 19, 2021 |
|---|---|---|---|
| **HONORABLE ELIZABTH A. JENKINS** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSALVA GARCIA-MARTINEZ | | **COURTROOM:** | 10A |
| | | **GOVERNMENT COUNSEL**<br>AUSAs Maria Guzman and Jay Hoffer | |
| | | **DEFENSE COUNSEL**<br>Victor Martinez, CJA | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Kathy Rodriguez |
| **TIME** | 1:14 PM to 1:21 PM<br>1:40 PM to 1:41 PM<br>3:11 PM to 4:03 PM | **TOTAL:** 1 hour | **PRETRIAL** | Anthony Zarate |

**PROCEEDINGS: DETENTION HEARING (Southern District of Georgia, 5:21-cr-0009)**

The defendant was not produced by the USM, as directed.

Government and defense counsel are present, as well as agent Anthony Miranda from Georgia.

The government continues their request for detention.

The court takes a recess.

The court advises that the defendant is in route from Pinellas County Jail and the hearing will continue upon her arrival.

The court takes a recess.

Agent Anthony Miranda is sworn in.

AUSA Jay Hoffer questions agent Miranda.

Defense cross examines agent Miranda.

The government's motion for detention is denied. The defendant is ordered released on a $40,000 unsecured bond with conditions of Pretrial Release, including passport surrender and home detention with electronic monitoring. The bond is to be signed by her family members Julia Rodriguez and Maricela Garcia. Order to follow.

The defendant was instructed to report to the SD/GA on December 17, 2021 at 10:00 A.M. for arraignment.

Oral Due Process order recited.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 8:21-mj-2130-EAJ

ROSALVA GARCIA-MARTINEZ
_____/

## ORDER SETTING CONDITIONS OF RELEASE

It is hereby **ORDERED**:

1. The United States Marshal is hereby directed to release the above-named defendant upon her agreement, in writing, to comply with the following attached conditions of release.

2. The conditions of release are hereby established as set forth below.

**DONE** and **ORDERED** in Tampa, Florida, on November 19, 2021.

ELIZABETH A. JENKINS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service

## CONDITIONS OF RELEASE

1. Defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

2. Defendant must advise the United States Pretrial Services or supervising officer in writing before making any change of residence or telephone number.

3. Defendant must not, at any time, for any reason whatsoever, leave the Middle District of Florida without first obtaining written permission of the United States District Court for the Middle District of Florida, Tampa Division.

4. Defendant must not violate federal, state, or local law while on release.

5. Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

6. **SPECIAL CONDITIONS OF DEFENDANT'S RELEASE:**

   a. Defendant shall submit to supervision by and report for supervision to the United States Pretrial Services as directed by the United States Pretrial Services or supervising officer.

   b. Defendant shall surrender any passport to the United States Pretrial Services.

   c. Defendant shall not obtain a passport or other international travel document.

   d. Defendant may travel to the Southern District of Georgia for court appearances.

   e. Defendant shall not possess a firearm, destructive device, or other weapon.

   f. Defendant shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

   g. Defendant shall submit to testing for prohibited substance if required by the Pretrial Services agency or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

   h. Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services agency or supervising officer.

2

i. Defendant shall submit to substance abuse evaluation and/or treatment at the direction of the Pretrial Services agency with the costs to be borne by the Defendant as directed by Pretrial Services.

j. Defendant shall participate in the following location restriction program and comply with its requirements as directed.

- Home Detention: Defendant is restricted to her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the United States Pretrial Services or supervising officer. Defendant's compliance shall be monitored as directed by the United States Pretrial Services or supervising officer by GPS.

k. Defendant shall submit to location monitoring as directed by the United States Pretrial Services or supervising officer and comply with all of the program requirements and instructions provided. Defendant shall pay all or part of the cost of the program based on Defendant's ability to pay as determined by the United States Pretrial Services or supervising officer.

l. Defendant shall execute a signature bond in the amount of $40,000, to be signed by Julia Rodriguez and Maricela Garcia.

m. Defendant shall avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution of this case. This does not prohibit defense counsel from contacting witnesses as necessary to provide a defense.

n. report as soon as possible, to the United States Pretrial Services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

## ADVICE OF PENALTIES AND SANCTIONS

Defendant is advised of the following penalties and sanctions:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness,

3

victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF THE DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

Signed in Tampa, Florida, on November 19, 2021.

_____
Defendant's Signature

The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Madison, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813-301-5400; and 801 North Florida Avenue, Second Floor, United States Courthouse, Tampa, Florida 33602.
++

The telephone number of the United States Marshals Service for the Middle District of Florida, Tampa Division, is: 813-228-2146.

The telephone number and mailing address of the United States Attorney's Office for the Middle District of Florida, Tampa Division, are: 813-274-6000; and Park Tower, Suite 3200, 400 North Tampa Street, Tampa, Florida 33602.

The telephone number and address of the United States Pretrial Services, Tampa Division, are: 813-225-7648 or 1-800-676-0125; and 301 Federal Building, 500 Zack Street, Tampa, Florida 33602.

The telephone number and address of the United States Probation Office, Tampa Division, are: 813-301-5600; and 501 East Polk Street, Room 800, Tampa, Florida 33602.

NOTICE TO COUNSEL AND DEFENDANT: In cases assigned to United States Magistrate Judge Elizabeth A. Jenkins, any requests to travel outside the area set forth in this document must be submitted **in a written motion with a proposed order** at least **three (3)** days prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America<br>v.<br>Rosalva Garcia-Martinez<br>*Defendant* | )<br>)<br>)  Case No. 8:21-mj-2130-EAJ<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Rosalva Garcia-Martinez_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )  to appear for court proceedings;
( X )  if convicted, to surrender to serve a sentence that the court may impose; or
( X )  to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)  This is a personal recognizance bond.

( X ) (2)  This is an unsecured bond of $ _40,000.00_ .

(   ) (3)  This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 11/19/2021

_____ Defendant's signature

Maricela Garcia
Surety/property owner – printed name

_____ Surety/property owner – signature and date

Julia Rodriguez
Surety/property owner – printed name

_____ Surety/property owner – signature and date

_____ Surety/property owner – printed name

_____ Surety/property owner – signature and date

CLERK OF COURT

Date: 11/19/2021

_____ Signature of Clerk or Deputy Clerk

Approved.

Date: 11/19/2021

_____ Judge's signature

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.                           MD/FL Case No. 8:21-mj-2130-EAJ
                              SD/GA Case No. 5:21-cr-9-LGW-BWC
**ROSALVA GARCIA-MARTINEZ**
**ESTHER IBARRA GARCIA**

## ORDER OF REMOVAL

The defendants, Rosalva Garcia-Martinez and Esther Ibarra Garcia, having been apprehended in the Middle District of Florida, Tampa Division, on a warrant issued in the Southern District of Georgia, subsequently having been released on bond, the Defendants are hereby,

ORDERED to personally appear in the United States District Court for the Southern District of Georgia, located at the United States District Courthouse, 601 Tebeau Street, Waycross, GA 31501, on **Friday, December 17, 2021 at 10:00 a.m.** for arraignment before Judge Lisa G. Wood.

ORDERED at Tampa, Florida this __22nd__ day of November, 2021

ELIZABETH A. JENKINS
United States Magistrate Judge