# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:21-cr-9 |
| BRETT DONAVAN BUSSEY, | |
| Defendant. | |

## DETENTION ORDER

The Court held an Initial Appearance and Arraignment in this case on November 18, 2021. At that hearing, the Government moved for detention. Defendant requested a detention hearing. The Court set the matter down for a Detention Hearing on November 23, 2021 at 3:00 p.m. On November 22, 2021, Defendant filed Notice & Waiver of Detention Hearing. Doc. 88. If Defendant wants to invoke his right to a detention hearing under 18 U.S.C. § 3142, defense counsel must notify the Court by filing an application for bond. The detention hearing as to Defendant Brett Donovan Bussey scheduled for November 23, 2021 at 3:00 p.m. in the Waycross Federal Courthouse is cancelled.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 22nd day of November, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA