UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | INDICTMENT NUMBER: |
| ) | 5:21-CR-9 |
| BRETT DONAVAN BUSSEY,  ) | |
| ) | |
| Defendant.  ) | |

## APPLICATION FOR BOND

Brett Donovan Bussey, defendant herein, filed this, his Application for Bond pursuant to 18 U.S.C. § 3142 and shows this Court the following:

### 1. Procedural History

Brett Bussey was indicted by sealed indictment on October 5, 2021. Doc # 3. He is charged with conspiracy to commit mail fraud in violation of 18 U.S.C. § 1349 (count 1), mail fraud in violation of 18 U.S.C. § 1341 (counts 4-7), conspiracy to engage in forced labor in violation of 18 U.S.C. § 1594 (count 8), conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h) (count 53), and witness tampering in violation of 18 U.S.C. § 1512 (count 54).

As to the witness tampering charge, the indictment alleges that Brett and co-defendant Margarita Rojas Cardenas spoke on the phone on November 26, 2019, pages 30-31, para. hhh, and discussed witnesses that

-1-

had been summoned to appear before the grand jury. Paragraph hhh alleges that Cardenas and Brett discussed telling the witnesses to deny knowing members of the Patricio organization and discussed "coaching another witness." The witness tampering count, count 54, alleges by contrast that Brett, Cardenas, and codefendant Rosalva Garcia Martinez, told a grand jury witness to lie by denying knowledge of the investigation.

Brett had his Initial Appearance and Arraignment on November 18, 2021, doc # 60, the government moved for detention, and a detention hearing was scheduled for Tuesday, November 23, 2021. On November 22, 2021, appointed counsel, filed a Notice and Waiver of Detention Hearing. Doc # 88. The detention hearing was cancelled. Doc # 90.

Mr. Bussey now files his Application for Bond.

### 2.     Evidence Proffered to the Court Regarding Brett Bussey

Brett was born and raised in Douglas, Georgia to a stable home life. His parents, Gerald and Ruth, are both retired public school teachers and spent their careers in the Coffee County School system. They have been married 45 and raised two children, Brett and his sister, Jennifer. Mr. and Mrs. Bussey have lived in the same home in Douglas for almost 30 years. Brett was raised in the Methodist and Baptist church in Douglas and his parents are devout Christians.

Brett's sister, Jennifer, completed a Master's Degree at the University of Georgia in Mass Communication. She is married with 3 children. Until earlier this year, Jennifer and her family lived in Guyton, Georgia, but her husband recently accepted an employment opportunity in Anchorage, Alaska where they now reside.

Brett completed 12th grade at Coffee County High School, went to South Georgia College in Douglas and then obtained his undergraduate degree from the University of Georgia in 2007 in horticulture. Following graduation in Athens, Brett returned to Douglas and went to work at a large nursery in Douglas. In 2008, Brett started a 10-year career with the State of Georgia, Department of Labor as an Agricultural Specialist, where he worked until June 2018. Brett opened his own business, H-2 Advisors, LLC, as an agricultural consultant. He maintained his self-employment until his arrest. Brett worked out of his rented home in Tifton, Georgia, where he lived with his fiancé, Linda Facundo, a co-defendant, who was released on a $25,000 appearance bond. Doc # 59.

Interestingly, in a case where the government alleges that the Patricio organization "profited over $200,000,000.00 from this illegal scheme," doc # 3, p. 5, para. 11, Brett lived in a rented 2 bedroom, 1 bath house in Tifton Georgia that was built in 1929. Brett drove a Ford F150, which he bought

used and for which he still makes payments. He had recently purchased a 2020 Altima for his fiancé that they had not even made a payment on at the time of arrest.

Importantly, Brett has no felony convictions. He does have two DUI related convictions from his college days in Athens. In 2019, he was arrested for DUI in Coffee County that was reduced to reckless driving.

Brett has the support of his family, and several responsible members of the community will testify that Brett is a suitable candidate for release on bond.

### 3.   Proposed Conditions of Release

Brett proposes the following conditions of release:

1) that he be released on a $50,000 bond secured by 10 percent,
2) that he be required to live at his parent's home (the home where he spent most of his formative years),
3) that he be evaluated for drug and alcohol treatment, and ordered to participate in a treatment program if indicated by his provider,
4) that he have no contact with any known witness,
5) that he maintain employment while out on bond, and
6) that he have no contact with any co-defendant.

The government will contend that Brett is not a suitable candidate for

bond because of the witness tampering charge. A couple of things bear mentioning here. The charge is based on a phone conversation alleged to have taken place exactly 2 years ago today. The government clearly wasn't so concerned about whether Brett would obstruct the investigation, intimidate witnesses, or was a danger that they thought he needed to be arrested then, or at any other time during the 2-year pendency of the investigation. At bottom, Brett Bussey will face these charges and witnesses will assure this Court that Brett will abide by any conditions of release.

WHEREFORE, Brett Bussey respectfully requests that this Court schedule a detention hearing and Order him released on conditions.

Respectfully submitted, this the 26th day of November, 2021.

GILLEN, WITHERS & LAKE, LLC

*/s/ Thomas A. Withers, Esq.*
Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Attorney for Defendant Brett Donovan Bussey

8 E. Liberty St
Savannah, Ga. 31401
(912) 447-8400
E-Mail: Twithers@gwllawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This the 26th day of November, 2021.

                                  Gillen, Withers & Lake, LLC

                                  ***s/ Thomas A. Withers, Esq.***
                                  Thomas A. Withers, Esq.
                                  Georgia Bar Number: 772250
                                  Attorney for Defendant Brett Donovan Bussey

8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
E-Mail: Twithers@gwllawfirm.com