**CRIMINAL MINUTES**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

**CASE NO.** 5:21-cr-9    **DATE:** 12/1/2021    **TIME** 10:09-10:24

**USA v.** Brett Donavan Bussey    FTR-WAY-CR1

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**    **INTERPRETER:**

| | | |
|---|---|---|
| X | **DEFENDANT PRESENT** | |
| X | **COUNSEL FOR DEFENDANT** | Tom Withers, retained |
| X | **ASSISTANT U.S. ATTORNEY** | Chris Howard |
| X | **DEPUTY CLERK** | Kim Mixon |
| X | **U.S.P.O** | Fonda Dixon |
| X | **U.S. MARSHAL** | Jay Ciambrone    Marty Fitzjurls    X    Jason Parnell |
| | **INITIAL APPEARANCE** | **ARRAIGNMENT**    X    **DETENTION / BOND** |

Court recaps case. Here on Defendant's Motion for Bond. Doc. 110. Government is no longer seeking detention for Defendant Brett Bussey.

10:13 Court: Defendant's Motion for Bond, doc. 110 is granted. Defendant released on $50,000 appearance bond secured by third party surety. Defendant's mother, Ruth Bussey will serve as surety. Order Setting Conditions to follow.