IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | 5:21-cr-00009-LGW-BWC-4 |
| | ) | |
| | ) | |
| ANTONIO CHAVEZ RAMOS | ) | |
| a/k/a Tony Chavez | ) | |

<u>DEFENDANT'S MOTION FOR BOND CONSIDERATION</u>

THE DEFENDANT, through undersigned counsel, petitions this Court to set bail in such reasonable amount as this Court should deem fit and proper. <u>See</u> 18 U.S.C. § 3142.

In support of this Petition, Defendant states the following:

1.

The Defendant was arrested November 17, 2021, for allegations of conspiracy to commit mail fraud, conspiracy to engage in forced labor, forced labor, and conspiracy to commit money laundering under Indictment No. CR521-0009. Defendant is now incarcerated in the Coffee County Jail. The Defendant has remained in custody since November 17, 2021, with **no bond** on the instant charges.

Mr. Chavez has extensive ties to the community, where he has lived for over 20 years. He lives in Alma, Georgia, with his wife and three children. His son Luis David is 29 years old and owns an auto repair shop in the community. Mr. Chavez also has a 10-year-old and 9-year-old son and daughter who attend school in the area. Mr. Chavez's family are known and respected in the community, and they attend church weekly and are part of a prayer group. Moreover, Mr. Chavez has a consistent track record of full-time employment. He has no prior felony charges or arrests.

2.

As the U.S. Supreme Court has held: "In our society liberty is the norm, and detention prior to trial or without trial is the carefully limited exception." United States v. Salerno, 481 U.S. 739, 755 (1987). "The Bail Reform Act, which governs the pretrial release or detention of defendants, creates a rebuttable presumption in favor of releasing defendants on bond pending trial..." United States v. Hidalgo, No. 7:14-CR- 48 HL, 2015 WL 570012, at *3 (M.D. Ga. Feb. 11, 2015).

Under 18 U.S.C. § 3142(e), a court may order a defendant detained pending trial upon motion by the Government only "[i]f, after a hearing pursuant to the provisions of subsection (f)... the judicial officer finds that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community."

WHEREFORE, the Defendant requests that the Court hear Defendant's Petition for Bond on December 9, 2021, at which time the Defendant may introduce evidence in support of his bond motion.

Respectfully submitted, this 3rd day of December, 2021.

                        Respectfully submitted,

                        /s/ Jessica K. Stern
                        JESSICA K. STERN
                        Georgia State Bar No. 107308
                        ATTORNEY FOR ANTONIO CHAVEZ RAMOS

STERN Law, LLC
1100 Spring Street NW
Suite 400
Atlanta, GA 30309
(404) 990-4112
(404) 990-4936 (f)
Jessica@sternlawfirm.us

CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing filing into this District's ECF System, which will automatically forward a copy to all counsel of record in this matter.

This the 3rd day of December, 2021.

/s/ Jessica K. Stern
JESSICA K. STERN
Georgia State Bar No. 107308
ATTORNEY FOR ANTONIO CHAVEZ RAMOS

STERN Law, LLC
1100 Spring Street NW
Suite 400
Atlanta, GA 30309
(404) 990-4112
(404) 990-4936 (f)
Jessica@sternlawfirm.us