IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE# 5:21CR00009 |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| Charles Michael King ) | |

# DEFENDANT'S RESPONSE TO MOTION FOR ORDER ALLOWING THE GOVERNMENT TO MAINTAIN CUSTODY OF SEIZED PROPERTY PURSUANT TO 18 U.S.C. 983(A)(3)(B)(ii)(II)

COMES NOW, **Charles Michael King,** and hereby files this response to Government's Motion to Maintain Custody of Seized Property (See ECF Doc. No. 98).

1.   After careful review of Bill of Particulars (See EFC Doc. No. 96), Defendant has no objection to the Government's motion to maintain custody of seized property.

Respectfully submitted this 17th day of December 2021

/**S**/Jack M. Downie
**JACK M. DOWNIE**
Georgia Bar # 813753

Post Office Box 926
Vidalia, Georgia 30475
(912) 537-9265

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 5:21CR00009 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Charles Michael King | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted this 17th day of December 2021

/**S**/Jack M. Downie
**JACK M. DOWNIE**
Georgia Bar # 813753

Post Office Box 926
Vidalia, Georgia 30475
(912) 537-9265