```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF GEORGIA
                       WAYCROSS DIVISION


UNITED STATES OF AMERICA      )
                              )
            v.                ) Case No. 5:21-cr-00009-LGW-BWC-16
                              )
JUAN FRANCISCO ALVAREZ CAMPOS )
_____)
```

### DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR ORDER REGARDING CUSTODY OF SEIZED PROPERTY

COMES NOW Defendant Juan Francisco Alvarez Campos, by and through undersigned counsel, and files this Response to the Government's Motion seeking an order permitting the United States to maintain custody of property seized in this case. (Doc. # 221). While Defendant objects to the seizure and possible forfeiture of his property, Mr. Campos does not object to the Government's Motion seeking permission to maintain custody of seized property.

DATED: This 17th day of December, 2021.

*/s/ Paul S. Kish*
PAUL S. KISH
Georgia State Bar No. 424277
ATTORNEY FOR JUAN FRANCISCO ALVAREZ CAMPOS

Kish Law LLC
225 Peachtree Street, NE
1720 South Tower
Atlanta, Georgia 30303
404-207-1338; Fax 404-207-1339
paul@kishlawllc.com

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 17th day of December, 2021.

>*/s/ Paul S. Kish*
>PAUL S. KISH
>Georgia State Bar No. 424277
>ATTORNEY FOR JUAN FRANCISCO ALVAREZ CAMPOS

Kish Law LLC
225 Peachtree Street, NE
1720 South Tower
Atlanta, Georgia 30303
404-207-1338; Fax 404-207-1339
paul@kishlawllc.com