IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CASE NO. |
| ) | 5:21-cr-00009-LGW-BWC-4 |
| ) | |
| ) | |
| ANTONIO CHAVEZ RAMOS ) | |
| a/k/a Tony Chavez ) | |

**DEFENDANT'S RESPONSE TO MOTION FOR ORDER ALLOWING THE GOVERNMENT TO MAINTAIN CUSTODY OF SEIZED PROPERTY PURSUANT TO 18 U.S.C. 983(A)(3)(B)(ii)(II)**

COMES NOW, Antonio Chavez Ramos, and hereby files this response to Government's Motion to Maintain Custody of Seized Property (See ECF Doc. No. 98).

1. After careful review of Bill of Particulars (See EFC Doc. No. 96), Defendant has no objection to the Government's motion to maintain custody of seized property.

Respectfully submitted this 17th day of December 2021

/s/ Jessica K. Stern
JESSICA K. STERN
Georgia State Bar No. 107308
ATTORNEY FOR ANTONIO CHAVEZ RAMOS

STERN Law, LLC
1100 Spring Street NW
Suite 400
Atlanta, GA 30309
(404) 990-4112
(404) 990-4936 (f)
Jessica@sternlawfirm.us

CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing filing into this District's ECF System, which will automatically forward a copy to all counsel of record in this matter.

This the 17th day of December, 2021.

/s/ Jessica K. Stern
JESSICA K. STERN
Georgia State Bar No. 107308
ATTORNEY FOR ANTONIO CHAVEZ RAMOS

STERN Law, LLC
1100 Spring Street NW
Suite 400
Atlanta, GA 30309
(404) 990-4112
(404) 990-4936 (f)
Jessica@sternlawfirm.us