UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JC LONGORIA CASTRO | Case No. 5:21-cr-00009-LGW-BWC-5 |

**DEFENDANT JC LONGORIA CASTRO'S OPPOSITION TO GOVERNMENT'S MOTION TO MAINTAIN CUSTODY OF SEIZED PROPERTY**

Defendant JC Longoria Castro ("Mr. Castro"), by and through undersigned counsel, opposes the Government's Motion to Maintain Custody of the Seized Property (ECF No. 98). Pursuant to this Court's Order on December 9, 2021 (ECF No. 210), Mr. Longoria respectfully submits his Opposition in a timely manner.

At this point, Mr. Castro cannot agree that the government has made a requisite showing that it is entitled to maintain custody of the property seized from Mr. Castro during the execution of the search warrant. This Court set a response date of December 17, 2021, and in order to comply, Mr. Castro is filing this response. Because Mr. Castro does not have discovery and lacks sufficient information to make a fully informed argument to oppose the government's motion, Mr. Castro asks this Court for leave to file a Motion for Return of Property pursuant to Federal Rule of Criminal Procedure 41(g) at a future time.

**BACKGROUND**

On October 5, 2021, a federal grand jury returned an indictment charging Mr. Castro and 23 other defendants for several offenses including, violations of 18 U.S.C. § 1349 (Conspiracy to Commit Mail Fraud), 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1594 (Conspiracy to Engage in Forced Labor, 18 U.S.C. § 1589 (Forced Labor), and 18 U.S.C § 1956(h) (Conspiracy to Commit Money Laundering). *See* ECF No. 3. The indictment contained forfeiture allegations pursuant 18

U.S.C. §§ 981(a)(1)(C), 982(a)(1), 1594(d), and 28 U.S.C. § 2461(c), which provides for the forfeiture of any property resulting from the alleged offenses or any proceeds traceable to the alleged violations. *See id*. In addition, the indictment included a provision for the forfeiture of substitute assets if the tainted assets cannot be located. *See id.*

On November 17, 2021, a federal search warrant was executed on Mr. Castro's residence. According to the government's motion, the government seized the following currency related to Mr. Castro:

- $9,302.00 in U.S. currency seized from JC Castro at 1537 Tom Odum Rd, Vidalia, GA;
- $6,000.00 in U.S. currency seized from JC Castro at 1537 Tom Odum Rd, Vidalia, GA; and
- $1,616.00 in U.S. currency seized from JC Castro at 1537 Tom Odum Rd, Vidalia, GA;

ECF No. 98 at 3-4. Based on the above, the government's motion appears to indicate that this money was seized from Mr. Castro. However, that is not an accurate characterization as Mr. Castro was not present during the execution of the search warrant—he was in the Bainbridge, Georgia area at the time of the search, which is approximately four hours from his home and he self-surrendered after he learned of the existence of the Indictment. In addition, the Court should be aware that the $6,000.00 in currency was referenced above was seized from a Dodge Charger, which was parked on Mr. Castro's property. This vehicle is owned by Mr. Castro's son's girlfriend who is not related to Mr. Castro by blood or marriage. While the currency was seized, the vehicle the currency was found in was not seized. There can be no connection between these assets and the alleged criminal activity, and, therefore, the $6,000.00 must, we submit, be returned to its lawful owner forthwith.

In addition, the government seized two vehicles from Mr. Castro's property. However, the government simply lists all the vehicles seized and does not signify which vehicle was seized from which property or defendant. The two vehicles seized from Mr. Castro's residence were:

- a 2011 Ford SRW Super Duty, VIN 1FTBF2BT6BED04675; and
- a 2015 Jeep Wrangler Sahara, VIN 1C4GJWBG2FL697235.

These were the two vehicles seized from Mr. Castro's property. However, while these vehicles may be titled in Mr. Castro's name, they actually belong to his children. For example, the Jeep Wrangler is only used by Mr. Castro's daughter and is used to drive back and forth to college each day. The Ford truck was purchased for Mr. Castro's son to drive and he is the only one to drive that vehicle consistently. These vehicles were not used by Mr. Castro and were gifts to his children for their sole use.

Subsequent to the search, on November 23, 2021, the government filed a motion to maintain custody of the seized property. *See* ECF No. 98. This Court ordered a response to that Motion by today, December 17, 2021. *See* ECF No. 210.

## ARGUMENT

At this time, Mr. Castro has not received any discovery from the government. Therefore, Mr. Castro does not have sufficient information at this time to fully oppose the government's motion. While Mr. Castro generally opposes the appropriateness of the government's maintained custody of the property seized from his residence, Mr. Castro reserves the right to make those arguments and file a Motion for Return of Property pursuant to Federal Rule of Criminal Procedure 41(g) at the appropriate time.

Nevertheless, the Fourth Amendment requires that a search warrant affidavit must "establish a connection between the defendant and the residence to be searched and a link between

the residence and any criminal activity." *United States v. Martin*, 297 F.3d 1308, 1314 (11th Cir. 2002). "The nexus between the objects to be seized and the premises searched can be established from the particular circumstances involved and need not rest on direct observation." *United States v. Jenkins*, 901 F.2d 1075, 1080 (11th Cir. 1990). In addition, in order for the government "to be entitled to forfeiture of substitute property, the Government must demonstrate that the property subject to forfeiture is unavailable due to an act or omission by Defendant." *United States v. Tardon*, 56 F. Supp. 3d 1309, 1321 (S.D. Fla. 2014).

While Mr. Castro does not have the full information available to oppose the government's motion, at least one amount of the currency and the two vehicles do not belong to Mr. Castro. The vehicles that were seized were titled in Mr. Castro's name, but were gifts to his children and were only used by the children. In addition, the $6,000.00 seized belonged to Mr. Castro's son's girlfriend and was in her vehicle, which was merely parked at Mr. Castro's residence at the time of the search warrant. There cannot be a nexus between this sum of currency and any alleged activities of Mr. Castro as the currency belonged to his son's girlfriend and not Mr. Castro. In addition, it does not appear that the government has established an appropriate nexus between the vehicles seized and the criminal activity at issue because those items belonged to Mr. Castro's children, not Mr. Castro. Therefore, Mr. Castro opposes the continued seizure of the property and reserves the right to file a motion for its return when he has more information to detail that position more fully.

[*remainder of page intentionally blank*]

## CONCLUSION

As discussed above, Mr. Castro opposes the government's motion and requests leave to file a motion for the return of property at a later date.

Respectfully submitted this 17th day of December, 2021.

**NEXSEN PRUET, LLC**

By: /s/ Mark C. Moore
Mark C. Moore (*admitted pro hac vice*)
Fed. ID No. 4956
MMoore@nexsenpruet.com
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC 29202
Telephone: 803-771-8900

**GRIFFIN DURHAM TANNER & CLARKSON LLC**

/s/ R. Brian Tanner
R. Brian Tanner
Georgia Bar No. 697615
btanner@griffindurham.com
7 East Congress Street, Suite 703
Savannah, GA 31401
Ph/Fax: 912-867-9140

*Attorneys for Defendant JC Longoria Castro*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This 17th day of December, 2021.

**NEXSEN PRUET, LLC**

By: */s/ Mark C. Moore*
Mark C. Moore (*admitted pro hac vice*)
Fed. ID No. 4956
MMoore@nexsenpruet.com

**GRIFFIN DURHAM TANNER & CLARKSON LLC**

*/s/ R. Brian Tanner*
R. Brian Tanner
Georgia Bar No. 697615
btanner@griffindurham.com