# EXHIBIT A

11/17/21, 11:32 AM

Form Template - I184000019-J-E

**U.S. Department of Labor**
Office of Inspector General
Office of Investigations

## Inventory

| Location Received: | Name: |
|---|---|
| 410 W 6th St Tifton, GA 31794 | Brett Bussey |

| Address: | Date: |
|---|---|
| 410 W 6th St Tifton, GA 31794 | 11/17/2021 |

| Case No.: | |
|---|---|
| | |

| Item Number | Item Description |
|---|---|
| E-10 | Cash (uncounted) Credit Cards Identification Cards |
| E-11 | Money Orders Checks |
| E-12 | US Passport - Brett Bussey : 4 |
| E-13 | Cash (uncounted) US Passport - :5 |
| E-14 | List of Farms and Contacts Handwritten Notes re: housing Voided Check |
| E-15 | IRS Documentation 1040s W2 Bencor Documentation IRS and Bank Username and Passwords SYNOVUS Visa Debit Card Green Dot Visa Debit Card |
| E-16 | Business Bank Statement Personal Bank Information Red Folder with Sponsor ID Documents Notepad with Business and Ledger Info |
| E-17 | Laptop with power cord |
| E-18 | Notepads with Ledger Information Bank Card Business Cards Shipping Receipt |
| E-19 | Business Cards Wage and Hour Documents for Ponce Harvesting Copy of 1040 Paystub |
| E-20 | Check Receipts Money Orders Misc. Paperwork and Notes |
| E-21 | Check Receipts Money Orders Misc. Paperwork and Notes |
| E-22 | Seagate External HDD - 2TB SN: NA9KBXM1 |
| E-23 | HP - All In One Envy Model: 27-B255QD SN: 8CQ82500GM |
| E-24 | Binders with Agreements Handwritten Notes Copies of M.O.s FLC Documents |
| E-25 | HP Laptop Spectre 360X Model 15-eb00432x SN: 5CD022FGLF Power Cords H-2 Advisors LLC Business Cards |
| E-26 | HP Laptop - Black X16-96072 00196-183-727-891 |
| E-27 | Two Thumb Drives |
| E-28 | Two Apple iPhones with charger |
| E-29 | Farmer Contracts and Inventory |
| E-30 | Business Cards Contracts Fee Schedule Hotel Documents |
| E-31 | Misc Documents Bank Account Statements |
| E-32 | Invoices with Money Order Receipts |
| E-8 | Cash (uncounted) |
| E-9 | Cash (uncounted) |