IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NUMBER: 5:21cr9 |
| | ) |
| LINDA JEAN FACUNDO, | ) |
|     Defendant | ) |

**DEFENDANT FACUNDO'S RESPONSE TO GOVERNMENT'S
MOTION TO MAINTAIN CUSTODY OF SEIZED PROPERTY**

Comes now, LINDA JEAN FACUNDO, and files this response to Government's Motion to Maintain Custody of Seized Property (Doc. #98).

The Government's motion does not pertain to any property of this Defendant.

The Defendant has no objections to this Honorable Court granting the Government's motion.

Respectfully submitted this 17th day of December, 2021

        s/Kathy Register Griffin
        Georgia Bar Number 599325
        5915 Faith Ridge
        Waycross, GA 31503
        Telephone: 912-284-0888
        Facsimile: 912-283-3103
        Email: grffkrg@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NUMBER:  5:21cr9 |
| | ) |
| LINDA JEAN FACUNDO, | ) |
|     Defendant | ) |

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

    This 17th day of December, 2021

                                                s/Kathy Register Griffin
                                                Georgia Bar Number 599325
                                                5915 Faith Ridge
                                                Waycross, GA 31503
                                                Telephone: 912-284-0888
                                                Facsimile: 912-283-3103
                                                Email: grffkrg@aol.com