**CRIMINAL MINUTES**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | | | | |
|---|---|---|---|---|---|
| **CASE NO.** | 5:21-cr-9 | **DATE:** | 12/21/2021 | **TIME** | 10:04-10:11 |

**USA v.**   Antonio Chavez Ramos                                    FTR-WAY-CR1

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**      **INTERPRETER:**   Davor Zidovec

| | | |
|---|---|---|
| X | **DEFENDANT PRESENT** | |
| X | **COUNSEL FOR DEFENDANT** | Jessica Stern, retained |
| X | **ASSISTANT U.S. ATTORNEY** | Greg Gilluly |
| X | **DEPUTY CLERK** | Kim Mixon |
| X | **U.S.P.O** | Fonda Dixon |
| X | **U.S. MARSHAL** | Jay Ciambrone     x     Marty Fitzjurls          Jason Parnell |
| | **INITIAL APPEARANCE** | **ARRAIGNMENT**     X   **DETENTION / BOND** |

Court recaps case. Court goes over the Defendant's bond conditions in open Court. These conditions were previously set by the Court in Order Setting Conditions of Release for Defendant Antonio Chavez Ramos. Doc. 206.