**CRIMINAL MINUTES**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | | | |
|---|---|---|---|
| **CASE NO.** 5:21-cr-9 | **DATE** 12/21/2021 | **TIME** 10:12-11:00 | |

**USA v.** Rosalva Martinez Garcia and Carla Yvonne Salinas    **TAPE NO.** FTR-WAY-CR1    **JUDGE WOOD**

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**    **INTERPRETER:** Davor Zidovec

| | | |
|---|---|---|
| X | **DEFENDANTS PRESENT** | |
| X | **COUNSEL FOR DEFENDANTS** | Tina Maddox, appointed for Rosalva Garcia/Dennis O'Brien, appointed for Carla Yvonne Salinas, appointed |
| X | **ASSISTANT U.S. ATTORNEY** | Greg Gilluly |
| X | **DEPUTY CLERK** | Kim Mixon |
| X | **U.S.P.O** | Fonda Dixon |
| X | **U.S. MARSHAL** | Jay Ciambrone    X  Marty Fitzgurls    Jason Parnell |
| | **INITIAL APPEARANCE** | X   **ARRAIGNMENT** |

DEFENDANTS PREVIOUSLY APPEARED IN OTHER DISTRICTS. RULE 5 DOCUMENTS RECEIVED FOR BOTH DEFENDANTS.

DEFENDANT INFORMATION SHEET FOR DEFENDANT ROSALVA MARTINEZ GARCIA INDICATES DEFENDANT REQUIRES THE ASSISTANCE OF AN INTERPRETER. DEFENDANT PARTICIPATED IN HEARING TODAY AND INDICATED SHE SPEAKS ENGLISH AND DOES NOT NEED THE ASSISTANCE OF INTERPRETER. COURT GOES OVER FINANCIAL INFORMATION WITH DEFENDANT ROSALVA GARCIA. COURT FINDS DEFENDANT QUALIFIES FOR APPOINTED COUNSEL. TINA MADDOX APPOINTED FOR DEFENDANT ROSALVA MARTINEZ GARCIA. DEFENDANT PLED NOT GUILTY.

COURT GOES OVER FINANCIAL INFORMATION WITH DEFENDANT CARLA YVONNE SALINAS. COURT FINDS THAT DEFENDANT QUALIFIES FOR APPOINTED COUNSEL. DENNIS O'BRIEN APPOINTED AS COUNSEL FOR DEFENDANT CARLA YVONNE SALINAS. DEFENDANT PLED NOT GUILTY.

GOVERNMENT PROVIDES SCOPE AND STATUS OF DISCOVERY. GOVERNMENT REQUESTS 2TB HARDDRIVE FOR DISCOVERY UPLOAD FOR DEFENSE. COURT ADVISED PARTIES OF GOVERNMENT'S DISCLOSURE OBLIGATIONS UNDER FRCrP 5(f)(1) and *Brady v. Maryland* . COURT GOES OVER CURRENT SCHEDULE IN THE CASE. PRETRIAL MOTIONS DUE BY 5/17/2022. RESPONSE DEADLINE 6/16/2022. THE TIME FOR FILING PRETRIAL MOTIONS IS EXCLUDED FROM SPEEDY TRIAL CALCULATIONS.

GOVERNMENT INDICATE IT INTENDS TO FILE MOTION TO DESIGNATE CASE AS COMPLEX AND PLANS TO FILE MOTION FOR PROTECTIVE ORDER.

AS TO MOTION FOR ORDER ALLOWING THE GOVERNMENT TO MAINTAIN CUSTODY OF SEIZED PROPERTY, DOC. 98, DEFENDANTS ARE REQUIRED TO FILE RESPONSE BY JANUARY 17, 2022.

DETENTION ADDRESSED. DEFENDANTS PREVIOUSLY RELEASED ON BOND IN OTHER DISTRICTS.

DEFENDANT ROSALVA MARTINEZ GARCIA ALLOWED TO REMAIN ON BOND UNDER CONDITIONS PREVIOUSLY SET BY JUDGE ELIZABETH JENKINS IN THE MIDDLE DISTRICT OF FLORIDA.

DEFENDANT CARLA YVONNE SALINAS ALLOWED TO REMAIN ON BOND UNDER CONDITIONS PREVIOUSLY SET BY JUDGE CHRISTOPHER DOS SANTOS IN THE SOUTHERN DISTRICT OF TEXAS.