```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF GEORGIA
                    WAYCROSS DIVISION

UNITED STATES OF AMERICA    )
                            )
         v.                 )   CASE NO.
                            )   5:21-CR-009-LGW-BWC-16
JUAN FRANCISCO ALVAREZ CAMPOS )
```

## MOTION FOR RELEASE ON BOND WITH CONDITIONS

Comes now Defendant Juan Francisco Alvarez Campos, by and through undersigned counsel, and hereby files this Motion for Release on Bond with Conditions. Defendant asks that the Court release him on a $50,000 bond, secured by a third-party signature, with additional conditions outlined below. Defendant is authorized to represent that the United States agrees to this Motion for Release on Bond with Conditions. Additionally, the parties asks that the Court grant this motion either without the need for a hearing, or by conducting the hearing by video conference.

Defendant Juan Francisco Alvarez Campos was arrested with most other accused persons in this matter on November 17, 2021. He is charged in the conspiracies alleged in Counts One, Eight and Fifty-Three. Other than being named as a member of these conspiracies, the indictment contains no other mention of Mr. Campos.

The United States Marshal Service has been detaining Defendant in the Coffee County Jail. Prior counsel waived a

detention hearing upon learning of an ICE detainer lodged against Defendant. The Government has confirmed that this detainer will be lifted if this Court grants release on bond in this matter.

Defendant has significant ties to this District and the community in which he lives. He is married to co-Defendant Margaret Rojas Cardenas. The couple have an infant child together, who lives with Ms. Cardenas. Defendant also owns a trailer where he can reside away from Ms. Cardenas and other Defendants and witnesses in this case.

Additionally, Mr. Campos has been seeking authorization to work in this country. In 2020 he retained immigration counsel. Through the efforts of that lawyer, the United States Citizenship and Immigration Services granted work authorization to Defendant on February 1, 2021. Until his arrest, he worked pursuant to this authorization.

Defendant suggests he is a good candidate for release on bond. He has no prior arrests and no criminal record. He can support himself and can drive and meet with undersigned counsel. He is willing to abide by all conditions that the Court has previously imposed on similarly situated Defendants in this matter.

Based on the foregoing, Defendant asks that the Court grant this Motion under the following conditions:

1. Execute a $50,000 signature bond secured by a third-party surety;
2. Report to pretrial services as directed by the supervising officer;
3. Surrender any passport to the supervising officer;
4. Obtain no passport;
5. Abide by the following restrictions on personal association, place of abode, or travel:  Travel restricted to the Southern District of Georgia / Northern District of Georgia;
6. Avoid all contact with any potential witness, victim, or codefendant in the investigation;
7. Refrain from possessing a firearm, destructive device, or other dangerous weapon;
8. Refrain from excessive use of alcohol;
9. Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

As noted above, the parties asks that the Court either grant this Motion without a hearing or conduct the hearing via video conference.

*Signature on following page*

Dated: This 10th day of January, 2022.

                                        Respectfully submitted,

                                        */s/ Paul S. Kish*
                                        PAUL S. KISH
                                        Georgia State Bar No. 424277
                                        Attorney for JUAN ALVAREZ CAMPOS

Kish Law LLC
225 Peachtree Street, NE
1720 South Tower
Atlanta, Georgia 30303
404-207-1338; Fax 404-207-1339
paul@kishlawllc.com

4

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 10th day of January, 2022.

/s/ Paul S. Kish
PAUL S. KISH
Georgia State Bar No. 424277
Attorney for JUAN ALVAREZ CAMPOS

Kish Law LLC
225 Peachtree Street, NE
1720 South Tower
Atlanta, Georgia 30303
404-207-1338; Fax 404-207-1339
paul@kishlawllc.com