IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case Number:   5:21-cr-0009 |
| | * | |
| **ESTHER GARCIA,** | * | |
| Defendant. | * | |

### DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO MAINTAIN CUSTODY OF SEIZED PROPERTY

COMES NOW the Defendant, ESTHER GARCIA, and hereby shows this Honorable Court her Response to Government's Motion to Maintain Custody of Seized Property [Doc. 98] as follows:

1. Based upon information and belief provided by the Government, the Defendant has no objection to the Government maintaining the seized property at this time, as the Defendant has no interest in said property.

Respectfully submitted this 17th day of January, 2022.

/s/ Whitney Lauren Johnson
**Whitney Lauren Johnson**
Attorney for Defendant
Ga. Bar No. 925933

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *    Case Number:   5:21-cr-0009 |
| | * |
| ESTHER GARCIA, | * |
|    Defendant. | * |

## CERTIFICATE OF SERVICE

This is to certify that I have this day delivered by email in accordance with the directives from the Court Notice of Electronic Filing the **DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO MAINTAIN CUSTODY OF SEIZED PROPERTY** in the above-captioned case to all named necessary parties of interest.

This 17th day of January, 2022.

Respectfully Submitted,

/s/ Whitney Lauren Johnson
**Whitney Lauren Johnson**
Attorney for Defendant
Ga. Bar No. 925933

**Whitney Lauren Johnson, P.C.**
**777 Gloucester Street, Suite 412**
**Brunswick, Georgia 31520**
**912-264-2595 (Telephone)**
**whitney@wljlawyer.com**