UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | INDICTMENT NUMBER: |
| ) | 5:21-CR-009 |
| BRETT DONAVAN BUSSEY, ) | |
| ) | |
|    Defendant. ) | |

**DEFENDANT BRETT D. BUSSEY'S NOTICE OF REQUEST FOR NOTICE OF EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS PURSUANT TO FED. R. EVID 404(b)**

COMES NOW BRETT D. BUSSEY, Defendant herein and files this his Notice of Request for Notice of Evidence of Other Crimes, Wrongs, or Acts pursuant to Fed.R.Evid. 404(b), and pursuant to this Court's Local Rule 16.2, and hereby requests that the Government provide Defendant with notice of any and all evidence of other crimes, wrongs or acts which it may introduce at any trial of this action.

This the 31st day of   January  , 2022.

*s/ Thomas A. Withers, Esq.*
Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Attorney for Defendant Brett D. Bussey

Gillen, Withers & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone:  (912) 447-8400
E-Mail: Twithers@gwllawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This the 31st day of __January__, 2022.

>*s/ Thomas A. Withers, Esq.*
>Thomas A. Withers, Esq.
>Georgia Bar Number: 772250
>Attorney for Defendant Brett D. Bussey

Gillen, Withers & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
E-Mail: Twithers@gwllawfirm.com