# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009 |
| MARIA LETICIA PATRICIO, | * | |
| Defendant. | * | |

## DEFENDANT'S AMENDED FOURTH UN-OPPOSED MOTION TO TRAVEL

NOW COMES **MARIA PATRICIO,** Defendant in the above-styled action, and moves this Court for entry of an order modifying the conditions of release to allow her to travel outside of the District on December 12, 2022 through December 16, 2022 Defendant shows as follows:

1.

Defendant was released from Custody on November 23, 2021, under the conditions ordered in Doc 124.

2.

Pursuant to the Order, Defendant's travel is restricted to the Southern District of Georgia.

3.

Defendant requests to travel to Las Vegas, Nevada with her husband to celebrate their wedding anniversary. The Defendant anticipates departing on December 12, 2022 and returning on or about December 16, 2022.

4.

Counsel has communicated with Counsel for the Government and United States Probation, neither has an objection to travel outside of the District by the defendant on the dates listed above for the reasons outlined.

Respectfully submitted this 6th day of December, 2022.

                                              **s/ Juanita M. Holsey**
                                              Juanita M. Holsey
                                              Attorney Bar Number:  172161
                                              Attorney for Defendant
                                              The Holsey Law Firm, LLC
                                              P.O. Box 132
                                              Jesup, GA  31598
                                              Telephone:     (912) 208-2353
                                              Facsimile:      (877) 349-4076
                                              E-mail:  juanita@holseylaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009 |
| MARIA LETICIA PATRICIO, | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted this 6th day of December, 2022.

                                                **s/ Juanita M. Holsey**
                                                Juanita M. Holsey
                                                Attorney Bar Number: 172161
                                                Attorney for Defendant
                                                The Holsey Law Firm, LLC
                                                P.O. Box 132
                                                Jesup, GA 31598
                                                Telephone: (912) 208-2353
                                                Facsimile: (877) 349-4076
                                                E-mail: jholsey13@gmail.com