IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA

v.

BRETT DONAVAN BUSSEY,

Defendant.

CASE NO.: 5:21-cr-9

**O R D E R**

This matter is before the Court on the Government's Unopposed Motion for Additional Time to Respond to Defendant's Motion for Identification. Doc. 555. After careful consideration and for good cause shown, the Motion is **GRANTED**. The Government shall file its response to Defendant's Motion for Identification of the Specific Documents Which the Government Expects to Introduce in its Case-In-Chief at Trial, doc. 549, on or before March 31, 2023.

**SO ORDERED**, this 24th day of March, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA