# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## CLERKS MINUTES

---

**CASE NO. 5:21-cr-9**                                   **DATE: 4/28/2023**

**TITLE: United States of America v. Maria Leticia Patricio, et al.**

---

**HONORABLE BENJAMIN W. CHEESBRO      COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: N/A        TIME: 10:00 a.m.-10:37 a.m.   TOTAL:  37 minutes**

---

**PLAINTIFF:**                                   **COUNSEL FOR PLAINTIFF:**

**United States of America**                     **Tania Groover**

**DEFENDANTS:**                                  **COUNSEL FOR DEFENDANTS:**

| Defendants | Counsel for Defendants |
|---|---|
| **Maria Leticia Patricio** | **Juanita Holsey** |
| **Antonio Chavez Ramos** | **Jessica Stern** |
| **Margarita Rojas Cardenas** | **Brian Fenton McEvoy** |
| **Charles Michael King** | **Jack Downie** |
| **Daniel Mendoza** | **Kimberly Copeland** |
| **Delia Ibarra Rojas** | **Katie Brewington** |
| **Enrique Duque Tovar** | **DeLeigh Poole** |
| **Esthar Ibarra Garcia** | **Whitney Johnson** |
| **Gumara Canela** | **Graham Floyd** |
| **JC Longoria Castro** | **Brian Tanner** |
| **Juan Francisco Campos** | **Paul Kish** |
| **Juana Ibarra Carrillo** | **William Joseph Turner** |
| **Linda Jean Facundo** | **Kathy Griffin** |
| **Luis Alberto Martinez** | **Jason Moon** |
| **Nere Rene Carrillo Najarro** | **Marc Metts** |
| **Rosalva Garcia Martinez** | **Tina Maddox** |
| **Stanley Neal McGauley** | **Jason Nix** |
| **Donna Michelle Rojas** | **E. Jay Abt** |
| **Carla Yvonne Salinas** | **Dennis O'Brien** |
| **Brett Donavan Bussey** | **Tom Withers** |

**TELEPHONIC STATUS CONFERENCE**

---

Telephonic Status Conference regarding discovery and scheduling.
Court reviews the current schedule in the case.

Government provides update on production of discovery materials.  Government is in the process of putting together load file for disclosure to the defense.  The load file should be available in 3-5 weeks.  Government maintains the case should remain on current schedule.  Court addresses each participating defense attorney.

Defense counsel Juanita Holsey requests additional time to file pretrial motions based on Government's time frame of 3-5 weeks before load file is available.  All defense attorneys (except Tom Withers on behalf of Defendant Bussey) join in the request for additional time.  Some defense attorneys seek a pretrial motions deadline in August or September; others request a deadline in October or November.  Court will take matter under advisement.

As to Defendant Brett Donavan Bussey's Motion for Identification of the Specific Documents Which the Government Expects to Introduce in Its Case-In-Chief at Trial, doc. 549, all other defendants join in the motion.  Court advises the matter is fully briefed.  However, Court intends to conduct an in-person hearing on the motion.  Parties will provide available dates to the Court.  A representative from the Governments electronic discovery team will be required to participate in the hearing, as will the appointed defense coordinating attorney.