# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

CHANGE OF PLEA IN  USA v. Daniel Merari Canela Diaz

CRIMINAL NO. CR521-9   AT Brunswick, GA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE DEFENDANT  Daniel Merari Canela Diaz , HAVING PREVIOUSLY ENTERED A PLEA OF  Not Guilty , HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF  Guilty  TO  Count eight (8)  IN THE INDICTMENT.

THIS  25th  DAY OF  April , 2023.

NOLLE PROSSE AS TO COUNT(S) _____

x [signature]
Daniel Merari Canela Diaz   DEFENDANT

[signature]
COUNSEL FOR DEFENDANT
Johnny Vines