UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT NUMBER: |
| ) | 5:21-CR-009-20 |
| BRETT DONAVAN BUSSEY, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO FILE EXHIBIT 1 OF DEFENDANT'S MOTION FOR RETURN OF SEIZED PROPERTY FROM HIS SUNTRUST ACCOUNT UNDER SEAL**

COMES NOW Defendant Brett D. Bussey and files this his Unopposed Motion to File Exhibit 1 of Defendant's Motion for Return of Seized Property from his Suntrust Account Under Seal and shows this Court the following:

Exhibit 1 to Mr. Bussey's Motion for Return of Seized Property from his Suntrust Account is the Affidavit in Support of an Application For a Seizure Warrant and contains sensitive investigative information which is not appropriate for public view.  Mr. Bussey therefore requests that Exhibit 1 to his Motion for Return of Seized Property from his Suntrust Account be filed under seal.

Under Local Civil Rule 79.7, made applicable to criminal cases in Local Criminal Rule 1, Mr. Bussey asks to file this document under seal since it contains information appropriate for the Court's consideration but not for public view. *Accord*, *McKenzie v. Staten*, 2020 WL 5638621, *5-6 (S.D. Ga. September 3, 2020).

Given the nature of the information, Mr. Bussey asks that the record be sealed permanently under Rule 79.7(e).

Counsel for Mr. Bussey has consulted with AUSA Greg Gilluly who has no objection to this Motion to Seal Exhibit 1 to Defendant's Motion For Return of Seized Property from his Suntrust Account.

Respectfully submitted this the 13th day of July, 2023.

                                           */s/Thomas A. Withers*
                                           Thomas A. Withers, Esq.
                                           Georgia Bar Number: 772250
                                           Attorney for Defendant Brett Bussey

**GILLEN, WITHERS & LAKE LLC**
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
Facsimile:  (912) 629-6347
E-Mail: Twithers@gwllawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This the 13th day of July, 2023.

                              Gillen, Withers & Lake, LLC

                              ***/s/ Thomas A. Withers, Esq.***
                              Thomas A. Withers, Esq.
                              Georgia Bar Number: 772250
                              Attorney for Defendant Brett Donovan Bussey

8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
E-Mail: Twithers@gwllawfirm.com