IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 5:21-cr-9-20 |
| BRETT DONAVAN BUSSEY, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the Defendant's Unopposed Motion to File Exhibit 1 of Defendant's Motion to Suppress August 14, 2019 Search Warrant Directed to Microsoft Under Seal. Doc. 636, as well as Defendant's Unopposed Motion to File Exhibit 1 of Defendant's Motion for Return of Seized Property from his SunTrust Account Under Seal. Doc. 638. After careful consideration and for good cause shown, the Court **GRANTS** the Defendant's Motions, docs. 636 and 638. The Clerk of Court is directed to seal Exhibit 1 of Defendant's Motion to Suppress, doc. 637, and Defendant's Exhibit 1 of Defendant's Motion for Return of Seized Property from his SunTrust Account, doc. 640, until further instructed by the Court.

**SO ORDERED**, this 14th day of July, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA