IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 5:21-cr-9-20 |
| BRETT DONAVAN BUSSEY, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the Defendant's Unopposed Motion to File Exhibits 1-10 of Defendant's Motion to Suppress Wiretap Evidence Under Seal. Doc. 650. After careful consideration and for good cause shown, the Court **GRANTS** the Defendant's Motion. The Clerk of Court is directed to seal Exhibits 1-10 of Defendant's Motion to Suppress, doc. 651, until further instructed by the Court.

**SO ORDERED**, this 19th day of July, 2023.

*/s/ B. Cheesbro*

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA