# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR521-9**

United States of America

vs.

**Luis Alberto Martinez**

**10:58 - 11:36**

Defendant/Age

**Tania Groover**
U. S. Attorney

**Jason Moon**
Attorney for Defendant

Interpreter Davor Zidovec

- [✓] Plea agreement **(Received).**   [✓] Defendant Sworn   [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____ .
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **fifty three (53)** of the indictment.
- [✓] Factual basis **Established.**   **Oral.**   **Plea Accepted**  Witness for factual basis **S/A Borup**.
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **Later date** at **TBD** .
- [✓] Bond Continued **Yes.**   Bond modified to _____ .
- Bond set at _____ _____
- [ ] Bond not made defendant in jail.
- [ ] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**   Date **07/18/2023**

Court Reporter   **Debra Gilbert**   Probation Officer **Nicole Hiers**

Courtroom Deputy Clerk   **Whitney Sharp**   U.S. Marshal