# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

CHANGE OF PLEA IN  USA v. Luis Alberto Martinez

CRIMINAL NO. CR521-9   AT Waycross, GA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT  Luis Alberto Martinez , HAVING

PREVIOUSLY ENTERED A PLEA OF  Not Guilty ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF  Guilty   TO  Count fifty-three (53)

IN THE INDICTMENT.

THIS  18th  DAY OF  July , 2023.

NOLLE PROSSE AS

TO COUNT(S) _____

_____
Luis Alberto Martinez  DEFENDANT

_____
COUNSEL FOR DEFENDANT
Jason Moon