# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

CHANGE OF PLEA IN  USA v. Charles Michael King

CRIMINAL NO. CR521-9  AT Waycross, GA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE DEFENDANT Charles Michael King, HAVING PREVIOUSLY ENTERED A PLEA OF Not Guilty, HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF Guilty TO Count One (1) IN THE INDICTMENT.

THIS 18th DAY OF July, 2023.

NOLLE PROSSE AS TO COUNT(S) _____

_____
Charles Michael King  DEFENDANT

_____
COUNSEL FOR DEFENDANT
Jack Downie, Sr.