| | | |
|---|---|---|
| SENTENCING MINUTES | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF GEORGIA<br>WAYCROSS DIVISION | JUDGE: LISA GODBEY WOOD<br>DATE: 10/25/2023 |

CRIMINAL CASE NO. CR 521-9
UNITED STATES OF AMERICA VS. Charles Michael King

COURTROOM DEPUTY  SHARP                      COURT REPORTER  GILBERT

ATTORNEY(S) FOR THE GOVERNMENT:              ATTORNEY(S) FOR THE DEFENDANT:
 Greg Gilluly                                 Jack Downie

U.S. PROBATION OFFICER:                      DEFENDANT SENTENCED ON COUNT(S)
 Renfroe                                      1

[X] Presence Report Reviewed In Full         Custody  12 months + 1 day  Months B.O.P.
[ ] Objections to Factual Basis              Probation  none
[ ] Objections To Guidelines Calculations    Supervised Release  3  Years
[ ] Changes Ordered in Factual Basis/Calculations   Special Conditions  as directed by the court
[X] No Changes Ordered                       Fine $  no fine
[X] Findings Of The Court                    Restitution $  83,135.92 (Interest waived)
                                             Special Assessment $  100
Total Offense Level  26                      To Be Paid  as directed by the court
Criminal History  I                          Community Service  none
Guideline Range  63-78 months                Facility Recommended  ____
Supervised Release  1-3 years                Defendant Remanded To The USM  No
Fine  25,000-250,000                         Voluntary Surrender  Yes - within 30 days
Special Assessment  $100                     To USM [X]   To Facility [ ]
 No  Minimum -  20 Years  Maximum            Appeal Waiver [X]
[ ] Witnesses Testify                        Sentencing Memo/Motions Reviewed [X]
[X] Statements Of Counsel                    Motions Granted [X]   Restitution  83,135.92
[X] Statements By Defendant
[X] Sentence Pronounced

U.S. Deputy Marshal  Marty                   Time  10:30  to  11:03  Total  33 Mins.
Court Security Officer  Greene