**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 5-21-cr-9-20 |
| BRETT DONAVAN BUSSEY, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the Government's "Unopposed Motion to Seal Attachments to Government Responses to Motions 637, 651, and 694." Doc. 882. After careful consideration and for good cause shown, the Court **GRANTS** the Government's Motion. Doc. 882. The Government is permitted to file attachments to its responses related to Defendant Bussey's Motions to Suppress, docs. 637, 651 and 694 under seal.

**SO ORDERED**, this 6th day of February, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA