UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | 5:21-CR-9-20 |
| BRETT DONAVAN BUSSEY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT BRETT D. BUSSEY'S NOTICE OF
INTENT TO FILE REPLIES**

COMES NOW, BRETT D. BUSSEY, Defendant herein, and pursuant to Southern District of Georgia Local Rule 7.6, hereby gives notice of his intent to file Replies to the Government's Combined Response to Defendant's Pretrial Discovery Motions, doc # 893; Government's Response to Defendant's Motion to Suppress August 14, 2019 Search Warrant directed to Microsoft, doc # 884; Government's Response to Defendant's Motion to Suppress Wiretap Evidence, doc # 885; Government's Response to Defendant's Motion to Suppress November 16, 2021 Search of 410 W. 6th St., Tifton, Ga. And Computer and Electronic Devices, doc # 886; Government's Combined Response in Opposition to Defendants' Motions to Sever, doc # 887; Government's Combined Response in Opposition to Defendant's Motions for Bill of Particulars, doc # 888; and Government's Combined Response in Opposition to Defendant's Motion to Dismiss Mail Fraud Counts, doc # 889,

which were filed on February 5, 2024, within the time allowed by the Court's Local Rules unless the Court directs an earlier response.

Respectfully submitted, this the 8th day of February, 2024.

                                        WITHERS LAW FIRM PC

                                      ***/s/ Thomas A. Withers, Esq.***
                                      Thomas A. Withers, Esq.
                                      Georgia Bar Number: 772250
                                      Attorney for Defendant Brett Donovan Bussey

8 E. Liberty St
Savannah, Ga. 31401
(912) 447-8400
E-Mail: Twithers@witherslawfirmpc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This the 8th day of February, 2024.

        WITHERS LAW FIRM PC

        ***/s/ Thomas A. Withers, Esq.***
        Thomas A. Withers, Esq.
        Georgia Bar Number: 772250
        Attorney for Defendant Brett Donovan Bussey

8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
E-Mail: Twithers@witherslawfirmpc.com