IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA

v.

CARLA YVONNE SALINAS

Defendant.

CASE NO.: 5:21-CR-9-24

# JOINT STATUS REPORT

I.  Date of Status Report Conference: February 12, 2024

II. Conference Attendees:

| Name | Role |
|---|---|
| Tania D. Groover | Assistant United States Attorney |
| Dennis O'Brien | Defendant's Attorney |

III. Pretrial Motions.

☒ All pretrial motions have been satisfied or otherwise resolved.

☐ The parties have not resolved the following pretrial motions(s) and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
|  | Y/N | Y/N | Y/N |
|  | Y/N | Y/N | Y/N |
|  | Y/N | Y/N | Y/N |

**Complete Remaining Portions Only In Judge Baker Cases**

IV. Are the parties prepared to proceed to trial?  If so, list three potential dates for a telephonic status conference with the presiding District Judge.  Yes/No

| Dates for Telephonic Conference |
|---|
| _____ |
| _____ |
| _____ |

V. Do the parties believe the case will result in a negotiated plea agreement and, if so, do the parties request additional time (not to exceed 30 days) for further plea negotiations and how much time do the parties request?  Yes/No

| Additional Time Requested |
|---|
|  |

This day February 12, 2024.

/s/     Tania D. Groover
        Assistant United States Attorney


/s/     Dennis O'Brien
        Defense Counsel

2