# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR521-9**

United States of America

vs.

**Donna Michelle Rojas**

**10:41 - 11:21**

Defendant/Age

**Greg Gilluly**
U. S. Attorney

**Douglas Weinstein**
Attorney for Defendant

☑ Plea agreement **(Received).**   ☑ Defendant Sworn   ☐ Counsel Waived.

☐ Plea agreement previously filed.

☐ Arraigned and plead _____ to count(s) _____.

☑ Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **eight (8)** of the indictment.

☑ Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis **S/A Bourp**.

☑ Adjudication of guilt **Made.**

☑ Referred to probation office for pre-sentence investigation **Yes.**

☑ Sentencing Scheduled for **Later date** at **TBD**.

☑ Bond Continued **Yes.**   Bond modified to _____.

Bond set at _____ _____

☐ Bond not made defendant in jail.

☐ Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**   Date **02/27/2024**

Court Reporter **Debra Gilbert**   Probation Officer **Kristina**

Courtroom Deputy Clerk **Whitney Sharp**   U.S. Marshal **Parnell**