IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:21-cr-9-01 |
| MARIA LETICIA PATRICIO, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant's Eleventh Un-Opposed Motion to Travel. Doc. 955. Defendant represents the Government and the United States Probation Office do not oppose the request. After careful consideration, Defendant's Motion to Travel is **GRANTED**. Defendant is permitted to travel to Las Vegas, Nevada from April 8, 2024 through April 12, 2024. Defendant is permitted to leave the Southern District of Georgia on April 8, 2024 to travel to Las Vegas, Nevada to attend a PROMOTORES Unidos and LENUSA Conference. Defendant must return to the Southern District of Georgia on or before April 12, 2024.

Defendant is Ordered to communicate with her supervising probation officer as directed and must follow all instructions provided by her supervising probation officer related to travel. Moreover, all other conditions of release are unaffected by this modification and are still in effect.

**SO ORDERED**, this 8th day of April, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA