UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | )   Docket No.: 5:21CR9-17 |
| | ) |
| | ) |
| v. | ) |
| | ) |
| **Rosalva Garcia Martinez,** | ) |
|   a/k/a Chava Garcia | ) |
| | ) |
|     **Defendant.** | ) |

## SENTENCING MEMORANDUM

COMES NOW Defendant Rosalva Garcia Martinez, by and through her counsel of record, Tina E. Maddox and files her Sentencing Memorandum as follows:

Rosalva Garcia Martinez was charged as outlined in ¶ 1-5 of her Presentence report. She was named in Counts 1, 8, 53, and 54. Count 1 charges mail fraud, count 8 charges conspiracy to engage in forced labor, Count 53 charges conspiracy to launder money, and Count 54 charges tampering with a witness.

On November 17, 2021, Ms. Garcia was arrested by federal authorities in the Middle District of Florida on a warrant based on the instant Indictment. She made her initial appearance, and was granted an unsecured bond in the amount of $40,000.00 and was released to pretrial supervision. On December 21, 2021, she appeared pursuant to a summons before the Honorable Benjamin W. Cheesbro, for arraignment. She was allowed to remain on bond with no changes to her conditions of release. She spent nine days short of a year on Home Detention with location monitoring. (See Original Order setting Release and Order Document 488). On January 29, 2024, the defendant plead guilty to Count 54 of the Indictment. Paragraph 7 of the PSR notes that she has been compliant with the terms of her pretrial supervision to date and has passed all of her

drug screens.

Ms. Martinez had no objection to her criminal history category or the offense level calculation prepared by the United States Probation Office as set forth in her Presentence Investigation Report. Based upon her criminal history and the offense conduct in this case, Ms. Martinez has a Criminal History Category I. The total offense level for the crime in this case, along with all relevant conduct is 10. Pursuant to the United States Sentencing Guidelines, the guideline range for imprisonment is 6-12 months. Ms. Martinez does not raise any objection to the proper application of the Sentencing Guidelines.

On April 29, 2024, the United States Probation Office recommended to this Court that Ms. Martinez be sentenced to five years on probation subject to six months of home confinement.

Ms. Martinez seeks the mercy of this Court to not follow the recommendation that her sentence include 6 months of home confinement, and asks that the Court consider a sentence of five years of Probation, which under the circumstances is reasonable. Counsel for defendant points out that Ms. Martinez has been on (*successful!*) pre-trial supervision longer than any other defendant this attorney has represented in her nearly twenty years of practice.

## MEMORANDUM OF AUTHORITY

**I.     Sentencing Ms. Martinez to Probation Would Achieve the Goals of Sentencing Under 18 U.S.C. § 3553(a)(2).**

We ask you to consider this request for mercy because the law allows and even encourages the Court to do so. The recommended sentence of 6 months home confinement is greater than necessary to achieve the goals of sentencing under 18 U.S.C. § 3553(a)(2). This Court has a duty to accurately calculate and consider the guidelines, but must also consider other

factors under § 3553(a) in arriving at a reasonable sentence that is no greater than necessary.

Ms. Martinez has minimal criminal history and a Criminal History Category of I. She has been on pre-trial release since November of 2021.  Due to the complexity of this case, this defendant has already served the equivalent of more than *half* of a five year probated sentence.

## II.     Other Factors Impacting Ms. Martinez's Sentence

Ms. Martinez has maintained stable employment throughout her lifetime.

Ms. Martinez admitted her criminal conduct and plead guilty to her charges in a timely fashion. Most importantly she has had no problems while on bond and awaiting sentencing. She has cooperated with authorities.

The sentence of five years federal probation as requested by the defense would reflect the seriousness of the offense, promote respect for the law and would provide just punishment for the offense.

Ms. Martinez broke the law, but has very little by way of criminal history. She has not sought to make excuses for her behavior.  She has faced the reality of her situation and is aware that there will be consequences for her actions.

THEREFORE, Ms. Martinez respectfully requests this Honorable Court to:

(a)     impose a sentence of five years probation without the requirement of six months' service of home confinement as the Defendant has successfully been on bond since November 17, 2021, with almost the first year of bond being served on home confinement and location monitoring;

(b)      that she be sentenced as otherwise recommended by the United States Probation office as it relates to her fine and restitution; and

Respectfully submitted this 30th day of May, 2023.

                                                      LAW OFFICE OF TINA E. MADDOX, LLC

                                                      _/s/ Tina E. Maddox_
                                                      Tina E. Maddox
                                                      State Bar No: 465511
                                                      Attorney for Defendant

*For The Firm*
*LAW OFFICE OF TINA E. MADDOX, LLC*
*P.O. Box 1343*
*Vidalia, GA 30475*
*(912) 537-3025*
*(912) 537-0264*
*tinam13@bellsouth.net*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Docket No.: 113J 5:12CR00009-17** |
| ) | |
| **v.** ) | |
| ) | |
| **Rosalva Garcia Martinez,** ) | |
| a/k/a Chava Garcia ) | |
| ) | |
| **Defendant.** ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the forgoing Sentencing Memorandum with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all counsel of record in this matter.

Respectfully submitted this 30th day of May, 2024.

LAW OFFICE OF TINA E. MADDOX, LLC

  /s/ *Tina E. Maddox*
Tina E. Maddox
State Bar No: 465511
Attorney for Defendant

*For The Firm*
*LAW OFFICE OF TINA E. MADDOX, LLC*
*P.O. Box 1343*
*Vidalia, GA 30475*
*(912) 537-3025*
*(912) 537-0264*
*tinam13@bellsouth.net*