IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 5:21-CR-9-20

BRETT DONAVAN BUSSEY

Defendant.

## JOINT STATUS REPORT

I. Date of Status Report Conference: September 25, 2024

II. Conference Attendees:

| Name | Role |
|---|---|
| Greg Gilluly | Assistant United States Attorney |
| Thomas A. Withers | Defendant's Attorney |

III. Pretrial Motions.

☐ All pretrial motions have been satisfied or otherwise resolved.

☒ The parties have not resolved the following pretrial motions(s) and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
| Motion to Dismiss Mail Fraud Counts, Doc. 631 | Y | Each of these motions through doc # 640 below have had hearings. | n/a |
| Motion for Bill of Particulars, Doc. 633 | Y | n/a | n/a |
| Motion to Suppress Microsoft Search Warrant, Docs. 637, 695 | Y | n/a | n/a |
| Motion to Sever, Doc. 639 | Y | n/a | n/a |
| Motion to Suppress Wiretap Search Warrant, Doc. 651 | Y | n/a | n/a |
| Motion to Suppress Residence Search Warrant, Docs. 694, 695 | Y | n/a | n/a |

| Motion for Return of Seized Property - Suntrust Account, Doc 640 | Y | n/a | n/a |
|---|---|---|---|
| Bussey's *Brady* Motion Doc #1128 | | No | No. |

**Complete Remaining Portions Only In Judge Baker Cases**

IV. Are the parties prepared to proceed to trial? If so, list three potential dates for a telephonic status conference with the presiding District Judge. <u>No</u>

| Dates for Telephonic Conference |
|---|
| _____ |
| _____ |
| _____ |

V. Do the parties believe the case will result in a negotiated plea agreement and, if so, do the parties request additional time (not to exceed 30 days) for further plea negotiations and how much time do the parties request? Unknown at this time.

| Additional Time Requested |
|---|
| |

This day September 25, 2024.

>*/s/ Greg Gilluly*
>Greg Gilluly
>Assistant United States Attorney
>
>*/s/ Thomas A. Withers*
>Thomas A. Withers
>Defense Counsel

2