# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR521-9**  
TITLE **USA v. Maria Patricio**  
TIMES **1:27 - 1:37**

DATE **10/09/2024**  
TOTAL **10 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  
Court Reporter : **Debra Gilbert**  
Courtroom Deputy : **Whitney Sharp**  
Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Greg Gilluly<br>Tania Groover | Juanita Holsey | |

PROCEEDINGS : **Status Conference**

☑ In Court  
☐ In Chambers

Case called and all parties present for status conference.  
Court hears from defense on the request to travel to las vegas 1:27 - 1:32  
Government response 1:32 - 1:35  
Court will not grant any further travel to las vegas. Any other motions to travel to be made via motion.