IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | 5:21-cr-00009-LGW-BWC-22 |
| GUMARA CANELA, | § | |
| Defendant. | § | |

## FIFTH MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW GUMARA CANELA, Defendant in the above-referenced case and, through her attorney of record, hereby submits this Motion to Modify Conditions of Release, showing this Honorable Court as follows:

This Court allowed the Defendant to be released on bond with regard to the above-styled case on November 3, 2022. On February 12, 2024, the court modified Defendant's condition of release to reflect a curfew from 7:00 p.m. to 4:00 a.m. on non-working days and 11:00 pm to 7:00 am on working days.

Defendant now seeks a modification of her curfew such that she will be restricted to her home between 9pm and 4 am on Saturdays and Sundays so that she may attend evening church services.

A copy of this Motion has been served upon the U.S. Attorney for the Southern District of Georgia via the Court's ECF system and guidelines.

Respectfully submitted, this 9th day of October, 2024.

                JOHNSONFLOYD, LLP

                By: Graham F. Floyd
                *Attorney for Defendant*

State Bar No. 654987
132 West Parker Street
Baxley, Georgia 31513
T: (912) 367-9000
F: (912) 367-5883
gffloyd@jajlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel in this case with a copy of the foregoing through the electronic filing notification system.

This 9th day of October, 2024.

JOHNSONFLOYD, LLP

By: Graham F. Floyd
*Attorney for Defendant*

State Bar No. 654987
132 West Parker Street
Baxley, Georgia 31513
T: (912) 367-9000
F: (912) 367-5883
gffloyd@jajlaw.com