IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRETT DONAVAN BUSSEY,<br><br>Defendant. | CASE NO.: 5:21-cr-9 |

**O R D E R**

Defendant has filed a Motion for Discovery and Inspection and a Notice of Request for Notice of Evidence of Other Crimes, Wrongs, or Acts under Federal Rule of Evidence 404(b). Docs. 291, 292. The Government has responded to both requests. Doc. 893.

Through his Motion for Discovery, Defendant seeks to have the Government disclose or make available for inspection documents relating to 24 categories of information, largely under Federal Rule of Criminal Procedure 16 and this Court's Local Criminal Rule 16.1. Doc. 291. The Government states it has provided and will continue to provide all relevant statements (whether oral, written, or recorded) Defendant made that must be produced under Rule 16 and that are within the Government's possession, control, or custody. Doc. 893 at 4. The Government also states it will make available for copying all discoverable materials under Rule 16 and the Jencks Act.[1]  Id. at 5; see also id. at 4–7 (noting the Government's production obligations, both initial and continuing).

---

[1] Jencks Act materials, generally, are statements and/or reports of governmental witnesses in a criminal prosecution brought by the United States. 18 U.S.C. § 3500.

Defendant also asks the Government to provide him with notice of any and all evidence of other crimes, wrongs, or acts it may introduce at trial under Rule 404(b). Doc. 292. In response, the Government states it provided notice under Rule 404(b) of its intent to introduce evidence of crimes, wrongs, and other crimes in its case-in-chief on August 14, 2023. Doc. 893 at 7. The Government will supplement its notice, if necessary. Id.

The Court **DENIES as moot** Defendant's Motions at this time, based on the Government's representations. Should Defendant identify specific items or evidence he contends the Government has not produced at a later time, he may renew either or both of these motions.

**SO ORDERED**, this 17th day of October, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA