IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:21-cr-9 |
| BRETT DONAVAN BUSSEY, | |
| Defendant. | |

**O R D E R**

Defendant filed a Motion for the Government to disclose 19 categories of exculpatory and impeaching information and evidence under Brady v. Maryland, 373 U.S. 83 (1963).[1]  Doc. 1128.  The Government filed a Response, stating it is aware of its disclosure obligations under Brady and its progeny and will continue to comply with these obligations.  Doc. 1133.

The Court **DENIES** Defendant's Motion at this time.  Although Defendant seeks specific categories of information (e.g., exculpatory information regarding Defendant's lack of intent to commit the charged crimes and any fact demonstrating the Government did not have any basis to seize Defendant's monies and property), doc. 1128 at 4, 5, Defendant fails to demonstrate the Government has withheld or otherwise failed to disclose any information or evidence it is required to produce under Brady and its progeny.  In addition, Defendant does not connect the extensive cited caselaw to any facts of this case and speaks in general terms only.  Id. at 6–11.  Further, the Government represents it has satisfied and will continue to satisfy the

---

[1]  Brady v. Maryland, 373 U.S. 83, 87 (1963), in which the United States Supreme Court held that the suppression of evidence by the prosecution favorable to the accused upon request violates due process where the evidence is material to guilt or punishment, regardless of the good or bad faith of the prosecution.

disclosure requirements of <u>Brady</u> and its progeny. To the extent Defendant has specific information that would suggest the Government has failed to comply with its obligations under <u>Brady</u>—for example, by failing to adequately search of responsive information or failing to produce information—Defendant may renew his Motion. But the Court will not order the Government to comply with its <u>Brady</u> obligations, generally, when the Government remains obligated to do so.

**SO ORDERED**, this 21st day of October, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA