| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 5:21CR00009-2 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec2. Court)* 8:25-cr-33-VMC-SPF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Southern District Of Georgia | DIVISION Waycross |
|---|---|---|
| Daniel Mendoza | NAME OF SENTENCING JUDGE Lisa Godbey Wood, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/26/2024 | TO 7/25/2027 |

OFFENSE

Conspiracy to commit mail fraud, 18 U.S.C § 1349 and 2

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mendoza was born in and is a lifelong resident of Florida. As such, the United States Probation Office in the Middle District of Florida has requested jurisdiction of this case based on his intent to remain in said district.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___SOUTHERN___ DISTRICT OF ___GEORGIA___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Middle District of Florida___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___December 20, 2-24___
Date

___LISA GODBEY WOOD___
UNITED STATES DISTICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___MIDDLE___ DISTRICT OF ___FLORIDA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___2/4/2025___
Effective Date

___Virginia M. Hernandez Covington___
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

1