UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT NUMBER: |
| ) | 5:21-CR-9-20 |
| BRETT DONAVAN BUSSEY, ) | |
| ) | |
|    Defendant. ) | |

**AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION DATED
JANUARY 27, 2025, DOC # 1202**

Brett D. Bussey, defendant herein, files his Amended Unopposed Motion for Extension of Time to file Objections to the Magistrate Judge's Report and Recommendation Dated January 27, 2025, doc # 1202, and shows this Court the following:

**I.  Relevant Procedural History.**

On October 5, 2021, Defendant Brett D. Bussey, along with 23 others, were indicted and charged with multiple counts of Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. § 1349, Mail Fraud, in violation of 18 U.S.C. § 1341, Conspiracy to Engage in Forced Labor, in violation of 18 U.S.C. § 1589, and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h).  Mr. Bussey was also charged with Tampering with a Witness, in violation of 18 U.S.C. § 1512.  Doc. # 3.

After a bond hearing on December 1, 2021, Mr. Bussey was released on a $50,000 bond secured by a 3rd party security and other conditions. Doc. # 167.

On January 11, 2022, this Court entered an Amended Scheduling Order, doc. # 270, indicating that Pretrial Motions were to be filed on or before July 5, 2022.

Mr. Bussey eventually filed a variety of pretrial motions between January 31, 2022, and August 2023. On July 18, 2023, Mr. Bussey filed a Motion to Suppress Wiretap Evidence. Doc. # 651. The government filed their response on February 5, 2024, doc. # 885, and Mr. Bussey filed a Reply on March 19, 2024. Doc. # 939.

The government then returned a Superseding Indictment on June 25, 2024. Doc # 1012.

On January 27, 2025, the Magistrate Judge filed a Report and Recommendation recommending that Mr. Bussey's Motion to Suppress Wiretap Evidence be denied. Doc # 1202. Mr. Bussey's objections to that Report and Recommendation is required to be filed within fourteen (14) days making it due on February 10, 2025.

Mr. Bussey requests a 10 day extension of time in which to file his objections to the Report and Recommendation, dated January 27, 2025, up to and including, February 20, 2025.

## II.     Argument and Citation of Authority.

Good cause exists for the granting of another 10 days to file objections to the Magistrate Judge's Report & Recommendation. In the context of civil discovery, Federal Rule of Civil Procedure 16(b)(4) provides that scheduling orders may be modified for good cause and with the Court's consent. Good cause is found when the moving party has been generally diligent, the need for more time is not the fault of the moving party, and refusing to grant the motion would create a substantial risk of unfairness to that party. *Tesone v. Empire Mktg. Strategies*, 942 F.3d 979, 988 (10th Cir. 2019) quoting 3 James Wm. Moore, *Moore's Federal Practice – Civil Section* 16.14[1][b] (3d ed. 2019).

## III.    The Government does not oppose this Motion.

Counsel for Mr. Bussey has consulted with AUSA Tania Groover who does not oppose this motion.

WHEREFORE, Mr. Bussey hereby requests an extension of time to file objections to the Magistrate Judge's Report and Recommendation dated January 27, 2025, doc # 1202, up to and including February 20, 2025.

Respectfully submitted, this the 10th day of February, 2025.

WITHERS LAW FIRM PC

*/s/ Thomas A. Withers, Esq.*
Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Attorney for Defendant Brett Donovan Bussey

8 E. Liberty St
Savannah, Ga. 31401
(912) 447-8400
E-Mail: Twithers@witherslawfirmpc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This the 10th day of February, 2025.

                        WITHERS LAW FIRM PC

                        ***/s/ Thomas A. Withers, Esq.***
                        Thomas A. Withers, Esq.
                        Georgia Bar Number: 772250
                        Attorney for Defendant Brett Donovan Bussey

8 East Liberty Street
Savannah, Georgia 31401
Telephone:  (912) 447-8400
E-Mail: Twithers@witherslawfirmpc.com