GAS-PS 8
Rev. 10/24

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

U.S.A. vs. Brett Donavan Bussey                              Docket No.   5:21CR00009-020

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Madison Goodroe, probation officer, presenting an official report upon the conduct of defendant, Brett Donavan Bussey, who was placed under pretrial release supervision by the Honorable Benjamin W. Cheesbro, sitting in the court at Waycross on the first day of December, 2021.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

United States Probation respectfully recommends that the conditions of release be modified to include the following conditions:

> **Submit to testing to determine whether the defendant is using a prohibited substance, to include alcohol testing.**
>
> **Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.**
>
> **Participate in a program of inpatient or outpatient substance abuse therapy and counseling, as directed by the supervising officer.**
>
> **Participate in a mental health treatment program, as directed by the supervising officer.**

On November 13, 2024, the defendant called this officer to discuss multiple topics that included the defendant's self-admitted alcoholism. He stated that he was drinking again and that he is an addict and drinks all day, and when he isn't drinking, he experiences withdrawal symptoms.

During the above-described phone conversation, the defendant stated his parents called local law enforcement on him the previous night as he was very depressed and was considering suicide. The defendant stated he goes to see a therapist and a psychiatrist and is prescribed Prozac, but that he was not taking the medication because he was so depressed. This officer observed the defendant's disposition to switch erratically, and his speech was slurred.

On November 14, 2024, the defendant informed this officer via telephone call that he was being admitted to Greenleaf Behavioral Health Hospital for a temporary alcohol detox program. The program lasted approximately one week as this officer confirmed with the defendant's mother, Ruth Bussey on November 25, 2024, that the defendant was released from the program and was attending his psychiatry appointments as scheduled.

Honorable Benjamin W. Cheesbro
RE: Brett Donavan Bussey
5:21CR00009-020
Page 2

On December 13, 2024, the defendant called this officer at 5:16, 5:17, and 5:43 pm. This officer called the defendant back following the third phone call but was unable to reach the defendant. The defendant then called a fourth time, and this officer answered this call. The defendant stated he was calling to check in and update me about his time at Greenleaf Behavioral Health Hospital. This officer notes it was immediately apparent the defendant's speech was slurred. This officer inquired with the defendant if he had been drinking, to which the defendant stated he hadn't been and that he was sober. This officer then ceased the phone conversation as the defendant did not appear to be in a state that would be receptive to any instruction. This officer then contacted the defendant's mother via text message inquiring how the defendant was doing and if he was actively drinking. Ruth Bussey replied stating he was doing better but had not stopped drinking completely. Following that text message communication, the defendant called this officer a fifth time and stated his mother "was pissed at him" since I was contacting her about him. This officer stated she did check in with his mother about him and was aware he was currently drinking and that I wouldn't continue a conversation with him in an intoxicated state. Following that phone conversation, the defendant texted this officer the following message at 6:48 pm: "Let me explain something to you… First off, I know you don't really care about me. Second off, I'm not a bad guy. Third off, I'm a severe alcoholic. Fourth off, if I don't have it in my system, I shake uncontrollably. Fifth off, please understand the first four."

On January 17, 2025, this officer called the defendant where he disclosed he was admitted to the hospital on January 5, 2025, related to an overconsumption of alcohol. He stated he "thought he was going to die that day."

On January 29, 2025, the defendant signed a Consent to Modify Conditions of Release to include the four previously listed conditions. This officer communicated with the defendant's counsel, Tom Withers, prior to the defendant signing the Consent to Modify Conditions of Release. Mr. Withers did not oppose the proposed modifications. The Consent to Modify Conditions of Release is attached to this petition for Your Honor's review.

This officer notes that the Court permitted the defendant to continue his initial appearance on the Superseding Indictment from June 28, 2024, to July 29, 2024, to attend inpatient substance abuse treatment related to his issues with alcohol.

Honorable Benjamin W. Cheesbro
RE: Brett Donavan Bussey
5:21CR00009-020
Page 3

PRAYING THAT THE COURT WILL ORDER

The proposed modifications to occur as presented. This officer intends to refer the defendant for substance abuse and mental health treatment and will monitor his participation. Should further issues occur, Your Honor will be notified accordingly.

Respectfully submitted,        Reviewed by:

_____        _____
Madison Goodroe                Fonda Dixon
United States Probation Officer   Supervisory United States Probation Officer

02/20/2025
Date

## ORDER OF COURT

The foregoing Petition for Action having been considered by the Court, the following action is hereby ordered:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   Other - The modification of the conditions as requsted.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Date: February 20, 2025

PS 42
(Rev. 10/24)

# United States District Court
## Southern District of Georgia

United States of America        )
                                )
vs.                             )
                                )
Brett Donavan Bussey            )  Case No.   5:21CR00009-020
                                )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Brett Donavan Bussey__, have discussed with __Madison Goodroe__, Probation Officer, modifications of my release conditions to include the following:

Submit to testing to determine whether the defendant is using a prohibited substance, to include alcohol testing.

Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

Participate in a program of inpatient or outpatient substance abuse therapy and counseling, as directed by the supervising officer.

Participate in a mental health treatment program, as directed by the supervising officer.

I consent to the modifications of my release conditions and agree to abide by these modifications.

_____  1-29-25      _____  1/29/2025
Signature of Defendant     Date          Probation Officer           Date

I have reviewed the conditions with my client and concur that these modifications are appropriate.

_____              2-5-25
Signature of Defense Counsel           Date