IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| Vs. | * CASE NO. 5:21-CR-009-11 |
| | * |
| **LUIS ALBERTO MARTINEZ** | * |
| **A/K/A, "CHINO MARTINEZ** | * |

COMES NOW, EDWIN E. JOHNSON and TERRY MYERS, Petitioners, who assert a legal interest in the property located at 102 Ashley Lane, McRae-Helena, Georgia 31055.

Petitioners show that their interest in the subject property is based on a Tax Sale Deed dated September 3, 2024. A copy of which is hereto attached.

Petitioners further show that they paid the sum of $20,000.00 to the Tax Commissioner of Telfair County, Georgia for the property. Petitioners show this was a Ex-Officio Sheriff Sale on the courthouse steps in Telfair County, Georgia, September 3, 2024.

Petitioner seeks an amendment of the Order of Forfeiture pursuant to 21 U.S.C § 853(n)(6) so as to declare Petitioners the owners of the property.

This the 26th day of February, 2025

/s/ Jerome Adams
Jerome Adams
Attorney at Law
P.O. Box 1005
Douglas, GA 31534
912-384-7109
jadamslaw1@jeormeadamslaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| Vs. | * CASE NO. 5:21-CR-009-11 |
| | * |
| LUIS ALBERTO MARTINEZ | * |
| A/K/A, "CHINO MARTINEZ | * |

**VERIFICATION**

Personally before the undersigned authority appeared EDWIN E. JOHNSON and TERRY MYERS, Petitioners who on oath deposes and says that the facts contained in the above and foregoing Petition are true.

This the 26th day of February, 2025

_____
EDWIN E. JOHNSON

Sworn to and subscribed before me on this the 26th day of February, 2025.

_____
TERRY MYERS

_____
Notary Public

[Notary Seal: STEPHANIE PICKREN, NOTARY PUBLIC, JEFF DAVIS COUNTY, GA, Comm. Exp. 02/12/28]

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| Vs. | *  **CASE NO. 5:21-CR-009-11** |
| | * |
| **LUIS ALBERTO MARTINEZ** | * |
| **A/K/A, "CHINO MARTINEZ** | * |

### CERTIFICATE OF SERVICE

I, Jerome Adams, hereby certify that on February 26, 2025, I electronically filed the foregoing Petition on behalf of Petitioners, Edwin E. Johnson and Terry Myers in the above stated case with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Xavier Aloysius Cunningham
> United States Attorney's Office
> 22 Barnard Street, Suite 300
> Savannah, GA 31401

Respectfully submitted,

/s/ *Jerome Adams*

Georgia State Bar Number: 002575
Attorney at Law
P. O. Box 1005
Douglas, GA 31534-1005
Telephone: 912-384-7109
Fax: 912-384-7951
E-mail: jadamslaw@windstream.net

| TELFAIR COUNTY, GEORGIA | GEORGIA, TELFAIR COUNTY |
| --- | --- |
| REAL ESTATE TRANSFER TAX | CLERK'S OFFICE SUPERIOR COURT |
| PAID $ -0- | Filed for record at 4:20 O'clock P M |
| DATE 10-16-24 | 16 day of October 2024 |
| Amy Rayel, Clerk | Recorded October 16 2024 |
| | Book 19F Page 185-186 |
| | Amy Rayel, Clerk |

After Recording Return to:
Telfair County Tax Commissioners Office
91 Telfair Avenue Annex Building 1
McRae, GA 30828

Please Cross Reference to: Deed Book 16X, Page 71

STATE OF GEORGIA,
TELFAIR COUNTY

## TAX SALE DEED

THIS INDENTURE, Made this *3rd day of September, 2024* between

**Olivia McRae, Ex-Officio Sheriff of Telfair County**

Party or parties of the first part, hereinafter referred to as "Grantor", and

**Edwin E Johnson & Terry Myers**
**PO Box 7, Helena, GA 31037**

Party or parties of the second part hereinafter referred to as "Grantee". The words "Grantor and Grantee", to include the masculine and feminine gender, the singular and the plural, and the respective heirs, legal representatives, successors and assigns of the parties were where the content requires or permits;

WHEREAS, Olivia McRae, Ex-Officio Sheriff of Telfair County, Georgia, did levy a writ of fieri facias issued by Olivia McRae, Tax Commissioner of Telfair County, Georgia against *Martinez, Luis Alberto* and Map & Parcel *3939*,

WHEREAS said levy was made for the purpose of collecting delinquent state and county ad valorem property taxes for the year *2023, 2022, 2021*; and,

WHEREAS said levy was made on *July 18, 2024* on the following described tract of land, to wit:

*All that tract or parcel of land lying containing 1.3 acres, more or less, of Land Lot No. 195 in the 10th Land District of Telfair County, Georgia, and being further described to-wit: To locate the BEGINNING POINT, commence at the original West corner of Land Lot No. 195, and run thence along the original Southwest land lot line, South 46 degrees East a distance of 475 feet; thence North 44 degrees East and parallel with the Northwest land lot line a distance of 1650 feet; thence North 71 degrees East a distance of 100 feet to an iron pin and the BEGINNING POINT of this description, and from said BEGINNING POINT, as established, North 17 degrees 51 minutes East a distance of 98 feet; thence North 46 degrees 14 minutes East a distance of 184 feet; thence North 54 degrees 55 minutes East a distance of 92.5 feet to a stake, thence North 79 degrees 7 minutes East a distance of 75 feet to a stake: thence South 46 degrees 27 minutes East a distance of 185 feet; thence South 27 degrees West a distance of 11 feet; thence South 71 degrees West a distance of 465 feet to an iron pin and the BEGINNING POINT of this description; and being the same 1.3 acres conveyed by that certain Warranty Deed dated February 22, 1972, from Harvey Ashley to S.L. Rowland and Sara B. Rowland, all as recorded in Deed Book 5-N, Pages 395-396, and further set forth in that certain plat of survey dated December 4, 1971, by E. E. Singletary, Georgia Registered Surveyor, License No. 786, said plat of survey recorded in Plat Book 3, pages 258, all in the Office of the Clerk of Superior Court of Telfair County, Georgia.*

*Subject to existing easements for public roads and utilities now in use.*

*As described in Deed Book 16X, Page 71. Further described as Map & Parcel 3939.*

WHEREAS said property was levied upon, followed by advertisement by due and legal publication as required by law being made in *The Telfair Enterprise*, a newspaper published in Telfair County, Georgia in which Sheriff's sales are published; and,

WHEREAS said Ex-Officio Sheriff did proceed to expose for sale the above described tract during the legal hours of sale in accordance with law, before the courthouse doors of Telfair County Courthouse the same being the *3rd day of September, 2024*, the same being the date advertised for sale; and,

WHEREAS the above named grantees were the highest and best bidders for the sum of *$20,000.00 (TWENTY THOUSAND AND 00/100) DOLLARS*.

### WITNESSETH:

For and in consideration of the above payment, in hand paid, the receipt which of is hereby acknowledged, the undersigned Ex-Officio Sheriff does hereby bargain, grant and convey, and sell unto grantees herein, in accordance with his or her lawful authority granted by the laws of the State of Georgia to conduct sheriff's sales, the above described tract or parcel of land together with improvements thereon. To have and to hold the above granted premises unto the grantees herein in as full and ample a manner as the same was held by *Martinez, Luis Alberto* when the said property was levied on and sold.

This conveyance is made without warranty of title and is further made subject to the rights of redemption in accordance with O.C.G.A. sec. 48-4-40 et. Seq.

IN WITNESS WHEREOF, the Grantor has signed and sealed this deed, the day and year above written.

Signed, Sealed and Delivered in the presence of

_____
Official Witness

_____
Notary Public, State of Georgia
My commission expires: _____

_____  seal
Olivia McRae, Ex-Officio Sheriff
Telfair County, Georgia

Recorded 10-16-24
Amy Royal, Clerk