# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 5:21-CR-9-11 |
| | ) | |
| **LUIS ALBERTO MARTINEZ,** | ) | |
| a/k/a, "Chino Martinez" | ) | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through Tara M. Lyons, the Acting United States Attorney for the Southern District of Georgia, enters the appearance of its undersigned Assistant United States Attorney in this case.

This 21st day of March 2025.

        Respectfully submitted,

        TARA M. LYONS
        ACTING UNITED STATES ATTORNEY

By:    ***/s/ J. Bishop Ravenel***
        J. Bishop Ravenel
        Assistant United States Attorney
        Virginia Bar No. 70250
        Post Office Box 8970
        Savannah, Georgia 31412
        Telephone: (912) 652-4422
        Email: bishop.ravenel@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 21st day of March 2025.

                                            Respectfully submitted,

                                            TARA M. LYONS
                                            ACTING UNITED STATES ATTORNEY

By:   ***/s/ J. Bishop Ravenel***
        J. Bishop Ravenel
        Assistant United States Attorney
        Virginia Bar No. 70250
        Post Office Box 8970
        Savannah, Georgia 31412
        Telephone: (912) 652-4422
        Email: bishop.ravenel@usdoj.gov