## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| Vs. | *   CASE NO. 5:21-CR-009-11 |
| | * |
| LUIS ALBERTO MARTINEZ | * |
| A/K/A, "CHINO MARTINEZ | * |

## WITHDRAWAL OF PETITION

COMES NOW, EDWIN E. JOHNSON and TERRY MYERS, Petitioners, in the above stated case and files this their Withdrawal of their Petition to Assert a legal interest in the property located at 102 Ashley Lane, McRae-Helena, Georgia 31055

This the 25th day of March, 2025.

                                                         Respectfully submitted,

                                               /s/ *Jerome Adams*
                                               Attorney at Law
                                               Georgia State Bar Number: 002575
                                               P.O. Box 1005
                                               Douglas, GA 31534
                                               912-384-7109
                                               jadamslaw1@jeormeadamslaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Vs. | * | CASE NO. 5:21-CR-009-11 |
| | * | |
| LUIS ALBERTO MARTINEZ | * | |
| A/K/A, "CHINO MARTINEZ | * | |

## CERTIFICATE OF SERVICE

    I, Jerome Adams, hereby certify that on March 25, 2025, I electronically filed the foregoing Withdrawal on behalf of Petitioners, Edwin E. Johnson and Terry Myers in the above stated case with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>  Xavier Aloysius Cunningham
>  United States Attorney's Office
>  22 Barnard Street, Suite 300
>  Savannah, GA 31401

This the 25th day of March, 2025.

>  Respectfully submitted,
>
>  /s/ *Jerome Adams*
>  Georgia State Bar Number: 002575
>  Attorney at Law
>  P. O. Box 1005
>  Douglas, GA 31534-1005
>  Telephone: 912-384-7109
>  Fax: 912-384-7951
>  E-mail: jadamslaw@windstream.net