UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 5:21-CR-9-11 |
| ) | |
| LUIS ALBERTO MARTINEZ, ) | |
| a/k/a, "Chino Martinez"  ) | |

**MOTION TO WITHDRAW AS COUNSEL**

The United States of America, by and through Tara M. Lyons, Acting United States Attorney for the Southern District of Georgia, and the undersigned attorney moves the Court to permit the withdrawal of J. Bishop Ravenel as co-counsel on behalf of the United States in this case. Assistant United States Attorney Ravenel entered an appearance to address a discrete and limited forfeiture matter which has been resolved. Docs. 1236, 1243, 1244, 1246. The lead Assistant United States Attorney remains on this case along with other Assistant United States Attorneys.

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

By: */s/ J. Bishop Ravenel*
J. Bishop Ravenel
Assistant United States Attorney
Virginia Bar No. 70250
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Email: bishop.ravenel@usdoj.gov