**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009-01 |
| **MARIA LETICIA PATRICIO (01),** | * | |
| Defendant. | * | |

## DEFENDANT'S SECOND MOTION TO MODIFY CONDITIONS OF VOLUNTARY SURRENDER

NOW COMES **MARIA PATRICIO,** Defendant in the above-styled action, and moves this Court for entry of an order modifying the conditions of voluntary surrender to allow her to submit herself to the Bureau of Prisons on April 3, 2025. Defendant shows as follows:

1.

Defendant was sentenced to serve 12 months and 1 day on February 10, 2025.

2.

Pursuant to the Judgment, Defendant is to surrender to the custody of the Bureau of Prisons on March 27, 2025. Doc 1225. Said order was modified on requiring her to surrender to custody on April 3, 2025, at 2:00 p.m. to allow her to undergo a medically necessary surgery and follow-up after her procedure. Doc 1239.

3.

On March 19, 2025, Defendant underwent an emergency stent surgery and developed a severe hematoma. As a result, she was hospitalized for an additional five days. Now she must be undergo blood transfusions and completed a cardiovascular rehabilitation. She currently has her next transfusion scheduled for April 4, 2025.

4.

Defendant requests to surrender to custody on June 3, 2025 at 2:00 p.m. so that she has adequate time for additional transfusions and rehabilitation.

5.

Defendant shows that at the time she submitted the initial request for modification, she did not anticipate the medical developments that resulted during the procedure. Defendant further shows that her medical provider believes that incarceration at this time will result in medical deterioration of her condition.

6.

Defendant further shows that she has submitted to the United States Probation documentation regarding her conditions as a result of her procedure and new anticipated recovery.

7.

Counsel has communicated with Counsel for the Government. The Government has been in contact with the Bureau of Prisons (BOP) and conveyed to counsel that upon entry into any BOP facility a medical evaluation will be completed within 24 hours. The Government is unable at the time of filing of this motion to consent and continues to attempt contact with BOP to determine if there is a facility equipped and capable of rendering cardiovascular care and rehabilitation. The United States Probation is also unable to consent at this time and is awaiting information from the Government.

8.

Counsel will provide medical records to the Court and the parties and will file them on the record when directed to do so by the Court.

Respectfully submitted this 1st day of April, 2025.

**s/ Juanita Holsey Bostick**
Juanita Holsey Bostick
Attorney Bar Number:  172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:     (912) 208-2353
Facsimile:     (877) 349-4076
E-mail: juanita@holseylaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009-01 |
| MARIA LETICIA PATRICIO (01), | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted this 1st day of April, 2025.

                                                **s/ Juanita Holsey Bostick**
Juanita Holsey Bostick
Attorney Bar Number:  172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:     (912) 208-2353
Facsimile:     (877) 349-4076
E-mail: juanita@holseylaw.com