# In the United States District Court for the Southern District of Georgia Waycross Division

```
UNITED STATES OF AMERICA

    v.

MARIA LETICIA PATRICIO                    No. CR521-9

    Defendant.
```

**ORDER**

Upon motion by the Defendant, and for good cause shown, the Court GRANTS IN PART the Defendant's Motion for Extension of Time to Voluntarily Surrender, and hereby

ORDERS that the deadline by which the Defendant must voluntarily surrender herself into the custody of the Bureau of Prisons be extended from Thursday, April 3, 2025 to Monday, April 7, 2025.

**SO ORDERED**, this 1st day of April, 2025.

```
                              _____
                              HON. LISA GODBEY WOOD, JUDGE
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA
```