# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:21-cr-9-20 |
| BRETT DONAVAN BUSSEY, | |
| Defendant. | |

## O R D E R

This matter is before the Court on the Defendant's Unopposed Motion for Extension of Time to File Objections to the Magistrate Judge's Report and Recommendation dated April 4, 2025. Doc. 1252. Defendant states in his motion that the Government does not oppose the request. After careful consideration and for good cause shown, Defendant's Motion is **GRANTED**. Any objections by the parties to the Report and Recommendation, doc. 1251, shall be filed on or before May 2, 2025.

The Court finds, as a matter of fact and law, the extension is not for the purpose of delay but in the furtherance of justice and to protect Defendants' right to a fair trial. Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding the ends of justice will be served by granting the extension outweigh the best interests of the public and Defendants in a speedy trial, the Court grants this extension. The period of delay resulting from this extension—April 17, 2025 through and including May 2, 2025—is excluded in computing the time within which the trial of this matter may commence.

**SO ORDERED**, this 18th day of April, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA