Donna Rojas Reg# 74725-509
Alderson Federal Prison Camp
P.O. Box A
Alderson, WV 24910

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2025 MAY -5 P 12:13
CLERK
SO. DIST. OF GA.

The Honorable Judge Godbey Wood
United States District Court
Southern district of Georgia
601 Tabeau Street
Waycross, Georgia 31501

Case No: 5:21CR 00009-14

April 8, 2025

Dear Judge Wood,

I am writing to humbley request that you kindly consider a sentence reduction on my behalf because I just learned that I was never offered the Safety Valve consideration by my former legal counsel. I believe that I qualified for the Safety valve in that I had no previous criminal history, my crime of conspiracy was non-violent and did not involve any weapons and I was fully cooperative with the federal officers. I truly hope that you will strongly consider me to receive this reduction and if I need a formal legal motion, please assign me a public defender to submit the proper paperwork to you in the appropriate form and as soon as possible. I am an abused divorcee mom of three minor children, who are really struggling since my recent incarceration.

I am trying each and everyday to make better decisions and to learn how to be my best self. I am studying to take my GED, and I appreciate the opportunity to learn among other women who have obtained their education and who inspire me. I am using my own studies to help me to inspire my young children, where I was an integral part of their home and school life. One of my children is severely austistic and non-verbal. So it has been exceedingly

difficult for my austistic son who has regressed so much with my absence and has struggled to even use the machine that helps him communicate with others. I miss my children very very much; and my heart is broken that I am not there to care for them and comfort them.

I have fully accepted responsibility for my associations and the conspiracy of these immigration crimes. As an American citizen, my interest in helping others has to be done with a humble heart but with a discerning conscience and always within the rule of law. Although I am faithfully programming, one of the attached charges is not allowing me earn and apply the First Step Act credits, which limits my ability to earn my pre-release back to my children and back to being an active mom, which I so desire. If there is any way to address this First Step Act charge restriction, I would be so very grateful to God and to you and the Honorable Court.

With a recent Memo from the BOP Reentry Services just circulated last weekend, even my Second Chance Act Credits maybe limited to only giving me 2 months in my pre-release time which would keep me from my kids even longer. I hope and pray that this memo does not persist and that God will provide a way for me and all mothers of minor children, to return back home to care for them, so my innocent children will not have to suffer without a loving and actively engaged parent. Thanks so very much for giving me a Second look and a Second Chance to better myself but also to get home to my young kids as soon as possible. I really need your help and the Court's fair and objective review.

With Great Appreciation, I humbly remain,

Ms. Donna Rojas


Donna Michelle Rojas
74725-509
Unit B-3
Federal Prison Camp
P.O Box A
Alderson WV 24910
74725-509
US COURTS
SOUTHERN DISTRICT
PO BOX 8286
SAVANNAH, GA 31412
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL
7022 3330 0000 6223 8601
INSPECTED BY
MAY 05 2025
U.S. Marshals Service/SGA
9
PURPLE HEART
FOREVER USA
Retail
UNITED STATES POSTAL SERVICE
U.S. POSTAGE PAID
FCM LETTER
ALDERSON, WV 24910
APR 11, 2025
$0.00
S2324H502781-12
RDC 99
31501