IN THE UNITED STATES DISTRICT COURT
SOUTHERHN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>)<br>v. )<br>CARLA YVONNE SALINAS )<br>*Defendant* )<br>_____) | CASE No. : 5:21-CR-009-24 |

### UNOPPOSED MOTION FOR LEAVE OF ABSENCE

COMES NOW Dennis A. O'Brien, Jr., counsel for Defendant, and requests this Court grant the undersigned a leave of absence from the above case for June 10-19, 2025. Defense Counsel will be in Germany during that time.

Currently, there are no scheduled events for this case on the requested date. Additionally, Defense Counsel understands and acknowledges that the requested absence does not change or suspend any deadlines for filing motions, providing discovery, etc.

This 13TH day of May, 2025.

/s/ Dennis A. O'Brien, Jr.
Dennis A. O'Brien, Jr.
GA Bar No. 548495
*Attorney for the Defendant*
savannahlawyer@gmail.com

THE O'BRIEN LAW FIRM, P.C.
25 Bull Street
Second Floor
SAVANNAH, GA 31401
912-704-5150 Telephone

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the notice of electronic case filing which was generated as a result of electronic filing in this Court.

This 12th day of May, 2025.

/s/ 
Dennis A. O'Brien, Jr.
GA Bar No. 548495
*Attorney for the Defendant*
savannahlawyer@gmail.com

THE O'BRIEN LAW FIRM, P.C.
33 Bull Street
Suite 540
SAVANNAH, GA 31401
912-704-5150 Telephone