UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT NUMBER: |
| ) | 5:21-CR-9-20 |
| BRETT DONAVAN BUSSEY, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR CONTINUANCE
OF TRIAL**

Brett D. Bussey, defendant herein, files his Unopposed Motion For Continuance of Trial pursuant to this Court's Criminal Trial Management Order, doc # 166 at 2, and shows this Court the following:

I. **Relevant Procedural History.**

On October 5, 2021, Defendant Brett D. Bussey, along with 23 others, were indicted and charged with multiple counts of Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. § 1349, Mail Fraud, in violation of 18 U.S.C. § 1341, Conspiracy to Engage in Forced Labor, in violation of 18 U.S.C. § 1589, and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h). Mr. Bussey was also charged with Tampering with a Witness, in violation of 18 U.S.C. § 1512. Doc # 3.

After a bond hearing on December 1, 2021, Mr. Bussey was released on a $50,000 bond secured by a 3rd party security, along with conditions. Doc # 167.

On July 13, 2023, Mr. Bussey filed the following pretrial motions:

1. Motion to Dismiss Mail Fraud Counts, doc # 631,

2. Motion to Dismiss Money Laundering Count, doc # 632,

3. Motion for Bill of Particulars, doc # 633,

4. Motion to Suppress Microsoft, doc # 637,

5. Motion for Severance, doc # 639, and

6. Motion for Return of Seized Property – Suntrust, doc # 640.

On July 18, 2024, Mr. Bussey moved to Suppress Wiretap Search Warrant. Doc # 651. And, on August 14, 2023, Mr. Bussey moved to Suppress Residence Search Warrant. Doc # 694.

The government filed responses to those motions. Doc # 884, 885, 886, 887, 888, 889, 890, & 933, and Mr. Bussey filed timely replies. Doc # 935, 936, 937, 938, 939, 940, 941, & 942.

A hearing was held on Mr. Bussey's motions on April 19, 2024. Doc # 988.

A Superseding Indictment was returned on June 25, 2024. Doc # 1012.

The Magistrate issued Reports and Recommendations on the pending motions. See, Doc # 1180, doc # 1202, doc # 1218, and doc # 1251. Following timely Objections to the Reports and Recommendations this Court overruled those Objections. See, Doc # 1204, doc # 1269, and doc # 1274.

As reflected in the docket of this Court, Mr. Bussey has long struggled with issues of alcohol abuse. Doc # 651, p. 9, 12, 14, doc # 1133, p. 83, doc # 1231, p. 17, 21.

On February 20, 2025, this Court modified Mr. Bussey's conditions of release and Ordered substance abuse testing, and treatment. Doc # 1229.

On May 5, 2025, this Court entered a Criminal Trial Management Order directing that Motions in Limine are to be filed on or before Monday, June 9, 2025, with responses due on Monday, June 23, 2025. Doc # 1266, at 2. The Pretrial Conference is set for July 11, 2025, and Jury Selection and Trial is set for July 28, 2025. *Id.* at 1.

On May 19, 2025, U.S. Probation filed a Memorandum to inform the Court that on April 16, 2025, Mr. Bussey admitted himself into Georgia Recovery Campus, LLC in Reynolds, Georgia related to his issues with alcoholism. Doc # 1275. Mr. Bussey was successfully discharged from Georgia Recovery's initial program and entered Valor Behavioral Health in Atlanta for a 90-day treatment program. *Id.* This Court permitted Mr. Bussey's travel to the Northern District of Georgia and his treatment at Valor. *Id.* at 2.

Mr. Bussey's alcoholism has impeded his ability to assist his counsel in the defense of his case.

3

## II. Argument and Citation of Authority.

In this Court's Criminal Trial Management Order, doc # 166, at 2, this Court directed that Motions to Continue will only be granted upon a showing of good cause. This Court also directed that before filing any motion to continue that the requesting party must consult opposing counsel to determine whether the party agrees with or opposes the request. Counsel has therefore consulted government counsel who indicates that they have no opposition to this Motion for Continuance, but they request that all defendants be kept on the same trial schedule.

Counsel for Mr. Bussey has called Valor Behavioral Health in an effort to consult Mr. Bussey to comply with the Criminal Trial Management Order but has been unable to speak with Mr. Bussey at the time of this filing. Counsel will supplement this Motion upon consulting Mr. Bussey.

Counsel has also consulted counsel for the remaining defendants, each of whom has stated that they have no objection to the requested continuance:

| **Defendant** | **Defense Counsel** |
| --- | --- |
| Nery Carrillo | Dave Stewart |
| Enrique Duque Tovar | Daniel O'Conner |
| Jose Duque Tovar | George Barnhill |
| Delia Rojas | Katie Brewington |
| Juana Carrillo | Joey Turner |

4

| | |
|---|---|
| Margarita Rojas Cardenas | Brian McEvoy and Ryan Mayo |
| Carla Salinas | Dennis O'Brien |

### III. The Speedy Trial Act.

The ends of justice served by permitting this continuance of the trial setting, outweigh the best interest of the public and the defendants in a speedy trial as contemplated by 18 U.S.C. § 3161(h)(7)(A), in that it will permit Mr. Bussey sufficient time to complete his treatment program, and to help his counsel prepare for trial in this complex case.

WHEREFORE, Mr. Bussey respectfully requests that his Unopposed Motion for Continuance of Trial be granted.

Respectfully submitted, this the 23rd day of May, 2025.

WITHERS LAW FIRM PC

*/s/ Thomas A. Withers, Esq.*
Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Attorney for Defendant Brett Donovan Bussey

8 E. Liberty St
Savannah, Ga. 31401
(912) 447-8400
E-Mail: Twithers@witherslawfirmpc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This the 23rd day of May, 2025.

                WITHERS LAW FIRM PC

                ***/s/ Thomas A. Withers, Esq.***
                Thomas A. Withers, Esq.
                Georgia Bar Number: 772250
                Attorney for Defendant Brett Donovan Bussey

8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
E-Mail: Twithers@witherslawfirmpc.com