UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT NUMBER: |
| ) | 5:21-CR-9-20 |
| BRETT DONAVAN BUSSEY, ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENT TO UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL**

Brett D. Bussey, defendant herein, Supplements his Unopposed Motion For Continuance of Trial, pursuant to this Court's Criminal Trial Management Order, doc # 1266 at 2, and shows this Court the following:

Counsel has conferred with Mr. Bussey regarding the Unopposed Motion for Continuance of Trial, doc # 1276, and Mr. Bussey does not oppose continuing trial so he can complete his rehabilitation at Valor Behavioral Health and then move into a sober living facility.

WHEREFORE, Mr. Bussey respectfully requests that his Unopposed Motion for Continuance of Trial be granted.

Respectfully submitted, this the 27th day of May, 2025.

                        WITHERS LAW FIRM PC

                        **_/s/ Thomas A. Withers, Esq._**
                        Thomas A. Withers, Esq.
                        Georgia Bar Number: 772250
                        Attorney for Defendant Brett Donovan Bussey

8 East Liberty Street
Savannah, Ga. 31401
(912) 447-8400
E-Mail: Twithers@witherslawfirmpc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This the 27th day of May, 2025.

                WITHERS LAW FIRM PC

                ***/s/ Thomas A. Withers, Esq.***
                Thomas A. Withers, Esq.
                Georgia Bar Number: 772250
                Attorney for Defendant Brett Donovan Bussey

8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
E-Mail: Twithers@witherslawfirmpc.com