# In the United States District Court for the Southern District of Georgia Waycross Division

```
UNITED STATES OF AMERICA

    v.

MARIA PATRICIO et al.                    No. CR521-9

    Defendants.
```

### ORDER

Before the Court is the Unopposed Motion For a Continuance of Trial currently scheduled to begin on July 28, 2025 (Dkt. 1276). After consideration, the motion is hereby GRANTED. The Pre-Trial Conference is continued until Monday, November 10, 2025 at 1:00 o'clock at the Federal Courthouse in Waycross, Georgia. Jury selection and trial will begin on Monday, December 1, 2025 at 9:00 o'clock at the Federal Courthouse located in Waycross, Georgia. The following deadlines are amended as follows:

- Motions in limine are due on or before September 15, 2025. The Parties shall file any responses to any motions in limine on or before September 29, 2025.
- Each party's requested voir dire, jury instructions, and verdict form shall be due on or before October 10, 2025. Each party shall file any objections to an opposing party's

requested voir dire, jury instructions, and verdict form on or before October 24, 2025.

- Exhibit and witness lists are due on or before November 5, 2025. Trial exhibits shall be delivered on or before November 17, 2025. Any party that wishes to file a trial memorandum shall file the memorandum on or by November 21, 2025.

The Court finds that the brief continuance is not for purposes of unnecessary delay and is in the interests of justice. The ends of justice served by the brief continuance will enable all parites to adequately prepare and far outweigh the interest of the public and the defendant in a more speedy trial. After considering the factors set forth in 18 U.S.C. § 3161(h)(7) and finding just cause, any additional time necessitated by the brief continuance will be excludable under the Speedy Trial Act.

**SO ORDERED**, this 27th day of May, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA