# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR521-9**

United States of America

vs.

**Jose Carmen Duque Tovar**

**10:05 - 11:07**

Defendant/Age

**Tania Groover**
U. S. Attorney

**George Barnhill**
Attorney for Defendant

☑ Plea agreement **(Received).**    ☑ Defendant Sworn    ☐ Counsel Waived.

☐ Plea agreement previously filed.

☐ Arraigned and plead _____ to count(s) _____.

☑ Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Count 6 (six)** of the indictment.

☑ Factual basis **Established**   **Plea Accepted**   Witness for factual basis **Inspector Plumley**.

☑ Adjudication of guilt **Made.**

☑ Referred to probation office for pre-sentence investigation **Yes.**

☑ Sentencing Scheduled for **Later Date** at **TBD**.

☑ Bond Continued **No.**   Bond modified to _____.

Bond set at _____

☐ Bond not made defendant in jail.

☑ Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**    Date **06/10/2025**

Court Reporter **Debra Gilbert**    Probation Officer **Renfroe**

Courtroom Deputy Clerk **Whitney Sharp**    U.S. Marshal **Jason**