In the United States District Court
for the Southern District of Georgia
Waycross Division

Donna Michelle Rojas )
  Defendant )
) Civil Case No.:
)
v. )
)
United States of America ) Criminal case No. CR 521-009
)

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2025 JUN 16 A 11:20
CLERK_____
SO. DIST. OF GA.

DEFENDANTS'S MOTION FOR EXTENSION OF TIME TO
FILE HER MOTION TO VACATE, SET ASIDE, OR CORRECT
SENTENCE, PURSUANT TO 28 USC 2255

   COMES NOW the Defendant/Movant Donna Michelle Rojas in PRO SE, in necessity and hereby MOVES this Honorable Court to ISSUE a ORDER granting a 120 day extension of time to file her motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. 2255

   The Defendant avers that she has just recently become aware that her Conviction/Sentence was obtained under a Constitutional violation that resulted in the Fundamental Miscarriage of Justice and/or incarceration of an ACTUALLY INNOCENT Defendant.  In Supp the Defendant shows the Court the following:

   1) The information receipt of May 19, 2025 from the Court

   2) The Defendant's A.E.D.P.A. deadline has not yet been reached but rapidly approaches.

Thus the Defenadnt has just recently discovered a Constitutional violation in the criminal process that produced her Conviction/ Sentence and wishes to file her request for relief , in GOOD FAIT pursuant to 28 U.S.C. 2255.

At this juncture, the Defendant has no other choice but to repre- sent herself in pro se, in necessity. The Defenadnt has no traini in the field of law and needs the additional time to research her recent discovery and receive the relevant information needed to substantiate her valid claims.

The Defendant has access to a limited law library with only 6 computers for over 750+ adults in custody.  The resources at Defendant's FPC ( Alderson) also has severely limited resources to prepare and obtain resources for the submission i.e. no typing or copy paper, no typing ribbon, only 4 available typewriters, et

This a motion is made in GOOD FAITH in the interest of Justice and not meant to delay the proceedings.  The United States nor any ad verse party will be prejudiced by the 120 day delay. Thus, the Defendant  moves the Honorable Court to grant the 120 day extensi sion  to file her 28 USC 2255 motion.

Respectfully Submitted

*Donna M. Rojas*
Donna M. Rojas          Date 5-28-25

Donna Michelle Rojas
74725-509
Unit B-3
Federal Prison Camp
P.O Box A
Alderson WV 24910

US COURTS
SOUTHERN DISTRICT
PO BOX 8286
SAVANNAH, GA 31412

CERTIFIED MAIL

7022 3330 0000 6223 7659

U.S. Marshals Service/SGA
JUN 16 2025
INSPECTED BY

U.S. POSTAGE PAID
FCM LETTER
ALDERSON, WV 2491
MAY 29, 2025
$0.00
RDC 99
31501
S2324H502781-10