UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 5:21-CR-9-1 |
| | ) | |
| **MARIA LETICIA PATRICIO** | ) | |

### DECLARATION OF PUBLICATION

1. I am an Assistant United States Attorney, and I represent the United States in this action.

2. As required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure and as evidenced by Attachment 1 hereto, Notice of Criminal Forfeiture was posted on www.forfeiture.gov, an official government website, for 30 consecutive days, beginning on March 7, 2025.

3. I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of July 2025.

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

By:  */s/ Tania Groover*
Tania Groover
Assistant United States Attorney
Georgia Bar No. 127947
P.O. Box 8970
Savannah GA 31412
Tania.groover@usdoj.gov
912-652-4422