IN THE UNITED STATES DISTRICT COURT
SOUTHERHN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>CARLA YVONNE SALINAS<br>*Defendant* | CASE No. : 5:21-CR-009-24 |

### ORDER

Defense's UNOPPOSED MOTION to TRAVEL from July 17-20, 2025, for good cause shown, is Hereby **GRANTED**.

Ms. Salinas is required to inform U.S. Probation of her travel plans to and from Las Vegas, Nevada including her flight information and her hotel information. Ms. Salinas is required to comply with her other pretrial release conditions. Additionally, U.S. Probation is allowed to impose any other conditions on Ms. Salinas' pretrial release during her period outside the Southern District of Texas.

SO ORDERED, this _11_ day of _July_, 2025.

_____
United States District Court
Southern District of Georgia

Order prepared by:
Dennis A. O'Brien, Jr.
GA Bar No. 548495
*Attorney for the Defendant*
savannahlawyer@gmail.com
THE O'BRIEN LAW FIRM, P.C.
25 Bull Street
Second Floor
SAVANNAH, GA 31401