**UNITED STATES DISTRICT COURT**
Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2025 SEP -8 A 11: 16
CLERK KGM
SO. DIST. OF GA.

**UNITED STATES OF AMERICA**

v.

**DANIEL MENDOZA**

*Case No.: 5:21CR00009-2*

*MOTION FOR EARLY TERMINATION OF PROBATION*

**NOW COMES** the Defendant, Daniel Mendoza, by and through pro se, and respectfully moves this Honorable Court for an order terminating his probation early pursuant to ***18 U.S.C. § 3564(c)***. In support of this motion, Defendant states as follows:

## 1. Background

On July 26,2024, this Court sentenced Mr. Mendoza to a term of **three (3) years of probation** for **Conspiracy to commit Mail Fraud, *18 U.S.C. §§ 1349 and § 2.*** To date, Mr. Mendoza has successfully completed **one (1) year of probation** without any violations, in full compliance with all conditions imposed by the Court and the U.S. Probation Office.

## 2. Grounds for Early Termination

Early termination of probation is appropriate under ***18 U.S.C. § 3564(c)***, which permits the Court to terminate probation after one year if "the conduct of the defendant warrants such action." Mr. Mendoza respectfully submits that his conduct justifies early termination for the following reasons:

- **Exemplary Compliance:** Mr. Mendoza has strictly adhered to all terms of probation, including reporting requirements, drug testing, and financial obligations.
- **Positive Contributions**: Mr. Mendoza has assisted law enforcement agencies and continue to do so by working as a confidential informant and speaking to individuals who are looking to commit fraud or other crimes while also helping them with the process . His cooperation demonstrates rehabilitation and a commitment to lawful conduct.
- **Rehabilitation & Community Ties:** Since sentencing, Mr. Mendoza has maintained a steady employment with Tand M Total Services.

## 3. Legal Standard

Courts consider whether early termination "is warranted by the defendant's conduct and in the interest of justice." **(See)** ***United States v. Liriano-Blanco***, *510 F.3d 168 (2d Cir. 2007)*. Mr. Mendoza's compliance, cooperation with law enforcement, and productive reintegration into society satisfy this standard.

## 4. Conclusion

For the foregoing reasons, Mr. Mendoza respectfully requests that the Court grant early termination of his probation.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2025 this motion was served on the U.S. Attorney's Office and the U.S. Probation Office via [method of service, e.g., ECF/email/mail].

Respectfully submitted,

*Daniel Mendoza*

*206 5th Avenue NW Ruskin, FL 33570*
*813-735-8654*
*Dmen2875@gmail.com*

;S FIRMLY TO SEAL







PRESS FIRMLY TO SEAL




PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL S

PRIORITY®

ed delivery date spec
tic shipments include
Tracking® service incl
international insurar
ised internationally, a
does not cover certain iter
ail Manual at http://pe.us
national Mail Manual at htt

T RATE EN
TE ■ ANY WEIGHT

CKED ■ INS

S00001000014

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$11.00
Origin: 33586
08/29/25
1188050569-07

PRIORITY MAIL®

0 Lb 1.80 Oz
RDC 03

EXPECTED DELIVERY DAY: 09/02/25

B016

SHIP TO:



PO BOX 1636
BRUNSWICK GA 31521-1636

USPS TRACKING® #



9505 5153 9321 5241 5334 32

ns.

FROM:

PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE®




FROM:

Daniel Mendoza
201 4th Avenue NW
Ruskin, FL 33570

TO:

P.O. Box 1636
Brunswick, GA 31521

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.




PRIORITY®
MAIL

RATE ENVELOPE
ANY WEIGHT

INSPECTED BY
SEP 08 2025

free Package Pickup,
the QR code.



.COM/PICKUP

KED ■ INSURED