IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO 5:21-CR-09-13 |
| ) | |
| JUANA IBARRA CARRILLO ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. § 3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant. A copy of the plea agreement will be provided to the Court for its consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ Tania D. Groover*

Assistant United States Attorney
Georgia Bar No. 127947

P.O. Box 8970
Savannah, Ga. 31412
(912) 652-4422

1