IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO 5:21-CR-009-20 |
| | ) | |
| BRETT DONAVAN BUSSEY | ) | |

### THE UNITED STATES' RESPONSE IN OPPOSITION
### TO DEFENDANT BRETT BUSSEY'S MOTION IN LIMINE

The United States opposes Defendant Brett Bussey's motion in limine to exclude any transcripts of Spanish to English translations not previously disclosed. Doc. 1325. Defendant argues that the English translations were required to be produce pursuant to Rule 16(a)(1)(E)(ii) as evidence that the government intends to use in its case in chief. The United States has complied with Rule 16 because the United States previously produced all the Spanish recordings that it may use in its case in chief as part of its discovery obligations in this case. Thus, there is no discovery violation.

Rule 16 and *Brady* do not require the United States to provide English-language transcripts. Indeed, Defendant does not cite any case that requires the United States to produce English transcripts of a Spanish recording as part of its discovery obligations. Rather, requiring the United States to produce English transcripts is left to the sound discretion of the trial court. In this case, Defendant has the underlying Spanish recordings and can prepare his own English transcripts. Defendant has had the Spanish recordings for several years as part of the United States' discovery productions. The United States may introduce certain Spanish

recordings as trial exhibits. As part of the exhibit, the United States will prepare and submit an English transcript to accompany the Spanish recording. The United States intends to produce these English transcripts on or before October 27, 2025, two weeks before the pretrial conference and five weeks before trial. *See* Doc. 1279. This is more than sufficient time for Defendant to review and challenge the accuracy of the transcripts. Thus, the United States respectfully submits that Defendant's motion is properly denied.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ Tania D. Groover*
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947