# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR521-9**

United States of America

vs.

**Enrique Duque Tovar**

**11:00 - 11:50**

Defendant/Age

**Ryan Bondura**
U. S. Attorney

**Steven Berne / Interpreter A. Anastasi**
Attorney for Defendant

- [✓] Plea agreement **(Received).**
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____.
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **6 (six)** of the indictment.
- [✓] Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis **S/A Plumley**.
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **Later Date** at **TBD**.
- [✓] Bond Continued **Yes.**   Bond modified to _____.
- Bond set at _____ _____
- [ ] Bond not made defendant in jail.
- [ ] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**   Date **11/05/2025**

Court Reporter **Debra Gilbert**   Probation Officer **Renfroe**

Courtroom Deputy Clerk **Whitney Sharp**   U.S. Marshal **Jay**