# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

CHANGE OF PLEA IN  USA v. Brett Bussey

CRIMINAL NO. CR521-9   AT  Waycross, GA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT  Brett Bussey , HAVING

PREVIOUSLY ENTERED A PLEA OF  Not Guilty ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF  Guilty   TO  Count 33 (thirty-three)

IN THE SUPERCEDING INDICTMENT.

THIS  10th  DAY OF  November , 2025.

NOLLE PROSSE AS
TO COUNT(S) _____

_____
Brett Bussey    DEFENDANT

_____
COUNSEL FOR DEFENDANT
Thomas Withers