IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| vs. | * | **CASE NO.: 5:21CR0009** |
| **MARIA LETICIA PATRICIO,** | * | |
| **Defendant.** | * | |

### DEFENDANT'S MOTION TO MODIFY SUPERVISED RELEASE

NOW COMES **MARIA PATRICIO,** Defendant in the above-styled action, and moves this Court for entry of an order modifying the conditions of Supervised Release to allow her to travel outside of the Country on January 4, 2026 through January 10, 2026. Defendant shows as follows:

1.

Defendant was released from custody on November 7, 2025, under the conditions ordered in Doc 1225.

2.

Conditions of Supervised Release prohibit travel outside of the district without prior approval of United States Probation.

3.

Mrs. Patricio requests to travel to Mexico to visit an extremely ill immediate family member. Mrs. Patricio anticipates departing on January 4, 2026, and returning January 10, 2026. See letter from the Physician attached hereto as Exhibit A.

4.

Mrs. Patricio notes that as part of her pre-trial release in this matter, she was required to submit her passport to United States Probation. Her travel requires a passport, therefore she requests that her passport be provided to her should the request for travel be granted.

5.

Counsel has communicated with United States Probation Officer Stephen Parker. Officer Parker does not have an objection to Ms. Patricio's requested travel but given that it is out of the Country, requires the Court's approval.

6.

Counsel notes that Officer Parker represents that Mrs. Patricio has been compliant with the terms of her probation and made a timely payment of restitution for the month of December.

WHEREFORE, Counsel respectfully requests an order permitting Mrs. Patricio to travel outside of the United States and that for the duration of her trip, her passport be returned.

Respectfully submitted this 19th day of December, 2025.

**s/ Juanita Holsey Bostick**
Juanita Holsey Bostick
Attorney Bar Number:  172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:    (912) 208-2353
Facsimile:     (877) 349-4076
E-mail: juanita@holseylaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009 |
| MARIA LETICIA PATRICIO, | * | |
| Defendant. | * | |

### CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted this 19th day of December 2025.

**s/ Juanita Holsey Bostick**
Juanita Holsey Bostick
Attorney Bar Number:  172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:     (912) 208-2353
Facsimile:     (877) 349-4076
E-mail: juanita@holseylaw.com