

Zimapán, Hgo, a 03 de diciembre de 2025
Oficio No.: OPD- HZ- SM/0194/2025
Subdirección Médica

**Asunto: Resumen médico.**

A QUIEN CORRESPONDA
PRESENTE

NOMBRE: Pedro Patricio Sebastián.
SEXO: Masculino.
EDAD: 44 años.
FECHA DE INGRESO: 25/11/2025
FECHA DE EGRESO: 28/11/2025
MOTIVO DE EGRESO: Alta por mejoría.
PRONOSTICO: Reservado para la función y la vida.

Diagnóstico de ingreso de urgencias:
- Evento vascular cerebral tipo hemorrágico a nivel de ganglios basales.
- Hipertensión arterial sistémica en tratamiento
- Psoriasis.
- Cardiopatía isquémica crónica.

Diagnóstico de egreso Medicina interna:
- Evento cerebral vascular tipo hemorrágico a nivel de ganglios basales.
- Presión arterial marcadamente elevada tipo emergencia hipertensiva remitida.
- Hipertensión arterial sistémica en tratamiento.
- Cardiopatía isquémica crónica.
- Psoriasis en descontrol.
- Escabiosis.

Ingreso a esta unidad el 25/11/2025 referido de clínica privada, al presentar tensión arterial en 220/100 mmHg, a su ingreso se encuentra con afasia, hemiplejía, se solicita TAC de cráneo simple donde se reporta Evento vascular cerebral hemorrágico agudo en ganglios de la base izquierda, se mantiene hospitalizado con medidas de neuro protección y control de la tensión arterial, manteniendo buena respuesta. Permanece hospitalizado con vigilancia de signos vitales y neurológica.
Manteniéndose durante su estancia con mejoría neurológica, orientado en espacio, tiempo y persona, con disminución de fuerza y movilidad de extremidades derechas, para lo cual se recomienda terapia física, hemodinámicamente con tensiones arteriales medias perfusorias; gastroimetabólico tolerando la vía oral sin hipoglucemias; hematoinfeccioso afebril; nefrourinario con uresis al corriente, por lo que se decide egreso a domicilio por mejoría, con cita a consulta externa para control de padecimiento de base: HAS

Se extiende el presente a petición de familiares. Sin más por el momento, reciba un cordial saludo.

DR. JOSÉ ALEJANDRO MARTÍNEZ MEDINA
SUBDIRECTOR MÉDICO
HOSPITAL ZIMAPÁN



C.c.p. Archivo



Carretera Federal México Laredo Km 112 Lázaro Cárdenas, Zimapán Hidalgo. Cp. 42351. Telefono. 7721054362.

Medical Summary

To Whom It May Concern:

NAME: Pedro Patricio Sebastián.

SEX: Male.

AGE: 44 years.

ADMISSION DATE: 11/25/2025

DISCHARGE DATE: 11/28/2025

REASON FOR DISCHARGE: Discharged due to improvement.

PROGNOSIS: Guarded regarding function and life.

Emergency Admission Diagnosis:

• Hemorrhagic cerebrovascular event at the level of the basal ganglia.

• Systemic arterial hypertension under treatment.

• Psoriasis.

• Chronic ischemic cardiopathy.

Internal Medicine Discharge Diagnosis:

• Hemorrhagic cerebrovascular event at the level of the basal ganglia.

• Markedly elevated blood pressure, hypertensive emergency—resolved.

• Systemic arterial hypertension under treatment.

• Chronic ischemic cardiopathy.

• Uncontrolled psoriasis.

• Scabies.

The patient was admitted to this unit on 11/25/2025, referred from a private clinic after presenting with blood pressure of 220/100 mmHg. Upon admission, he presented with aphasia and hemiplegia. A cranial CT scan was requested, which reported a hemorrhagic vascular cerebrovascular event located in the left basal ganglia. He remained hospitalized under neuroprotection measures and blood pressure control, maintaining good response. He remained hospitalized under vital sign and neurological monitoring.

During hospitalization, the patient remained conscious, alert, and oriented to space, time, and person, with diminished strength and mobility of the right extremities. For this reason, physical rehabilitation was recommended. Hemodynamically stable with adequate perfusion-level pressures; gastrointestinal system tolerating oral intake without hypoglycemia; improved hematologic studies; nephrology evaluated due to urea and creatinine levels, leading to the decision of discharge due to clinical improvement, with outpatient follow-up for his underlying condition: hypertension.

This summary is issued at the request of family members. Sincerely,

Dr. José Alejandro Martínez Medina

Deputy Medical Director

Zimapán Hospital