# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

## CLERK'S MINUTES - GENERAL

| | |
|---|---|
| CASE NO. **CR521-9** | DATE **01/07/2026** |
| TITLE **USA v. Gumara Canela** | |
| TIMES **10:16 - 10:23** | TOTAL **7 Mins** |

| | |
|---|---|
| Honorable: **Lisa Godbey Wood, U. S. District Court Judge** | Courtroom Deputy: **Whitney Sharp** |
| Court Reporter: **Debra Gilbert** | Interpreter: |

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Ryan Bondura | Graham Floyd | |

PROCEEDINGS: **Restitution Hearing**   ☑ In Court   ☐ In Chambers

Case called for restitution hearing.
Court hears from both the Government, defense and defendant on the proposed joint motion on the restitution $325,538.72.
Motion Granted.
Amended J&C forthcoming.

(Rev 7/2003)                                                                 GENERAL CLERK'S MINUTES