IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | 5:21-cr-00009-LGW-BWC-22 |
| v. | § | |
| | § | |
| GUMARA CANELA, | § | |
| | § | |
| Defendant. | § | |

## MOTION TO MODIFY SENTENCE

COMES NOW GUMARA CANELA, Defendant in the above-referenced case and, through her attorney of record, hereby submits this Motion to Modify Sentence, showing this Honorable Court as follows:

1.

The Defendant, Gumara Canela, has been sentenced and has been ordered to report to the Bureau of Prisons on or before 2 p.m. on January 15, 2026.

2.

On January 12, 2026 at 2:17 pm, the United States Marshall Service directed Canela to report to FDC SEATAC located at 2425 S. 200th Street, Seattle, Washington and further that Canela is "required to provide [her] transportation to this facility."

3.

FDC SEATAC is located 2881 miles from Blackshear, Georgia. Canela has no driver's license and no passport. She has an expired Georgia identification but, the same having expired on August 23, 2022, this will not allow her to fly to Seattle.

4.

Canela wishes to turn herself in as directed by the Court but cannot comply with a timely report at FDC SEATAC.

5.

Canela asks that the Court modify her sentence such that she can turn herself over to the United States Marshal Service in Southern District of Georgia no later than 2 pm on January 15, 2026.

6.

Counsel has communicated with Counsel for the United States and United States Probation, neither has an objection to this request.

Respectfully submitted, this 13th day of January, 2026.

JOHNSONFLOYD, LLP

By: Graham F. Floyd
*Attorney for Defendant*

State Bar No. 654987
132 West Parker Street
Baxley, Georgia 31513
T: (912) 367-9000
F: (912) 367-5883
gffloyd@jajlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel in this case with a copy of the foregoing through the electronic filing notification system.

This 13th day of January, 2026

JOHNSONFLOYD, LLP

By: Graham F. Floyd
*Attorney for Defendant*

State Bar No. 654987
132 West Parker Street
Baxley, Georgia 31513
T: (912) 367-9000
F: (912) 367-5883
gffloyd@jajlaw.com