| SENTENCING MINUTES | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA WAYCROSS DIVISION | JUDGE: LISA GODBEY WOOD DATE: 02/02/2026 |
|---|---|---|

**CRIMINAL CASE NO. CR 521-9**
**UNITED STATES OF AMERICA VS. Delia Rojas**

COURTROOM DEPUTY  SHARP

COURT REPORTER  GILBERT

ATTORNEY(S) FOR THE GOVERNMENT:
 Ryan Bondura

ATTORNEY(S) FOR THE DEFENDANT:
 Katie Brewington

 Interpreter - Andrea Anastasi

U.S. PROBATION OFFICER:
 Renfroe

DEFENDANT SENTENCED ON COUNT(S)
 6

[X] Presentence Report Reviewed In Full
[ ] Objections to Factual Basis
[ ] Objections To Guidelines Calculations
[ ] Changes Ordered in Factual Basis/Calculations
[X] No Changes Ordered
[X] Findings Of The Court

Custody  33  Months B.O.P.
Probation  ------
Supervised Release  3  Years
Special Conditions  as directed by the Court
Fine $  no fine
Restitution $  20,838.94
Special Assessment $  100
To Be Paid  as directed by the court
Community Service  -----
Facility Recommended  FCI Tallahassee
Defendant Remanded To The USM  no
Voluntary Surrender  yes - within 60 days by 2:00 pm
To USM [ ]   To Facility [X]
Appeal Waiver [X]
Sentencing Memo/Motions Reviewed [X]
Motions Granted [X]   Restitution  20,838.94

Total Offense Level  24
Criminal History  I
Guideline Range  51-63 Months
Supervised Release  5 years
Fine  20,000-200,000
Special Assessment  $100
No  Minimum - life  Maximum

[ ] Witnesses Testify
[X] Statements Of Counsel
[X] Statements By Defendant through counsel
[X] Sentence Pronounced

U.S. Deputy Marshal  Jay
Court Security Officer  Adam

Time  10:30  to  11:02  Total  32 MIns