UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 5:21-cr-9-3 |
| | ) | |
| NERY RENE CARRILLO-NAJARRO | ) | |

## **<u>SENTENCING MEMORANDUM</u>**

COMES NOW Nery Rene Carrillo-Najarro, by and through his undersigned counsel, and respectfully submits the attached six letters of support from members of his family and church in advance of his sentencing hearing, which is scheduled for June 9, 2026.  Some of the six attached letters were written in Spanish, so English translations are also provided.

In addition to printed copies of these attached letters of support that will be provided at the sentencing hearing, counsel for Mr. Carrillo-Najarro will also reference at the sentencing hearing recent records of Mr. Carrillo-Najarro's medical treatment. His most recent office visit with his cardiologist was on June 4, 2026, in relation to his heart surgery that he had last year at Emory Heart & Vascular Center in Atlanta. As of the time of this filing, the records for that recent appointment have not yet been signed by the doctor and therefore could not be provided by that office.  It is hoped that those records will be provided to Mr. Carrillo-Najarro before the sentencing hearing.  If so, printed copies of those records will be provided at the sentencing hearing.

Respectfully submitted this 8th day of June, 2026.

> */s/ David M. Stewart*
> CROWDER STEWART LLP
> 540 James Brown Boulevard
> Post Office Box 160
> Augusta, Georgia 30903
> 706.434.8799

1

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 8th day of June, 2026.

> /s/ David M. Stewart
> CROWDER STEWART LLP
> 540 James Brown Boulevard
> Post Office Box 160
> Augusta, Georgia 30903
> 706.434.8799

2