Letter #1 (Spanish version)

Honorable Lisa Godbey Wood
Jueza de Distrito de los Estados Unidos

Asunto: Nery Rene Carrillo Najarro

Estimada Jueza Wood,
Le escribo esta carta con el más profundo respeto con el propósito de ofrecer mi testimonio de apoyo hacia mi esposo, Nery Rene Carrillo Najarro, quien se encuentra ante su honorable tribunal. Nos conocemos desde hace 26 años y hemos estado casados durante 24 años. Durante todo este tiempo a su lado, he llegado a conocerlo no solo como mi compañero de vida, sino como un hombre profundamente amoroso, dedicado, trabajador y el pilar fundamental de nuestro hogar. Mi amor, respeto y compromiso hacia él permanecen intactos, y es por eso que hoy quiero transmitirle quién es él realmente como persona.

Como su esposa, estoy plenamente consciente de la gravedad de la situación legal en la que se encuentra y de los errores que ha cometido. Hemos hablado extensamente y con mucha honestidad sobre este proceso, y puedo asegurarle, Su Señoría, que Nery siente un profundo y genuino arrepentimiento. Él ha asumido la responsabilidad de sus actos y de las consecuencias que de ellos se derivan. Mi objetivo al estar a su lado es brindarle todo el apoyo emocional y moral que necesita para superar este momento. Estoy totalmente dispuesta a ser su guía y su soporte para asegurar que, una vez superada esta etapa, él continúe siendo un ciudadano productivo y de bien, como siempre lo ha hecho.

Nery siempre ha sido un hombre de carácter noble, lleno de valentía y, sobre todo, muy generoso con todas las personas que lo conocen: con las amistades, la familia, los de la iglesia, los vecinos y con toda persona que se le acerca a él, ayudando a todo aquel que lo necesite sin pedir nada a cambio. Es un esposo y padre ejemplar que siempre antepone las necesidades de los suyos.
Su ausencia o una condena prolongada tendría un impacto devastador en nuestras vidas, no solo en el aspecto económico, sino en el vacío emocional tan grande que dejaría en nuestro hogar, pues solo estamos los dos juntos, ya que mis hijos no viven con nosotros porque están estudiando.

Además, Su Señoría, mi esposo es una persona con muchas condiciones de salud que le impiden vivir lejos de la familia y de los médicos, como se le ha explicado al abogado y al gobierno en varias ocasiones. Me preocupa que su salud se deteriore más si, por dado caso, se tuviera que ir de su hogar y de su familia, pues él depende de sus medicinas, de los cuidados médicos y de la atención de su familia. Él no es una persona peligrosa ni malintencionada; es un hombre de familia que cometió un error del cual ha aprendido la lección más dura de su vida.

Para concluir, le pido respetuosamente, Estimada Jueza Wood, que tome en cuenta el carácter humano de mi esposo, sus condiciones médicas (que son muchas, como usted podrá revisar en sus antecedentes médicos) y la falta de antecedentes de esta naturaleza, pues es su

primera vez y última. También pido que considere su total disposición a corregir su camino al momento de dictar su sentencia. Creo firmemente que la sociedad no se beneficiaría de enviarlo a una prisión federal por un largo período de tiempo, ya que el castigo moral y el arrepentimiento que él ya lleva consigo han transformado su vida. Su verdadera rehabilitación y el futuro de nuestra familia dependen de que pueda estar en su hogar.

Le agradezco de todo corazón el tiempo y la consideración que dedique a la lectura de esta carta.

Atentamente,

Vilma Najarro
204 Circle Dr. Douglas Ga. 31533

Letter #1 (English version)

Honorable Lisa Godbey Wood

United States District Judge

      Re: Nery Rene Carrillo Najarro

Dear Judge Wood:

I am writing this letter with the utmost respect to offer my testimony in support of my husband, Nery Rene Carrillo Najarro, who is appearing before your honorable court. We have known each other for 26 years and have been married for 24. Throughout this time by his side, I have come to know him not only as my life partner but as a deeply loving, dedicated, and hardworking man—the fundamental pillar of our home. My love, respect, and commitment to him remain steadfast, which is why I wish to convey to you today who he truly is as a person.

As his wife, I am fully aware of the gravity of his legal situation and the mistakes he has made. We have spoken at length and with great honesty about these proceedings, and I can assure you, Your Honor, that Nery feels deep and genuine remorse. He has accepted responsibility for his actions and their consequences. My goal in standing by him is to provide all the emotional and moral support he needs to overcome this difficult time. I am fully committed to guiding and supporting him to ensure that, once this chapter is behind us, he continues to be a productive and upstanding citizen, just as he has always been.

Nery has always been a man of noble character—courageous and, above all, incredibly generous toward everyone who knows him: friends, family, fellow church members, neighbors, and anyone who approaches him. He helps those in need without asking for anything in return. He is an exemplary husband and father who always puts the needs of his family first.

His absence—or a lengthy sentence—would have a devastating impact on our lives, not only financially but also due to the immense emotional void it would create in our home; it is just the two of us living together, as our children do not reside with us while they pursue their studies.

Furthermore, Your Honor, my husband suffers from several health conditions that make it impossible for him to live away from his family and medical care—facts that have been explained to his attorney and the government on multiple occasions. I am concerned that his health would deteriorate further if, by any chance, he were forced to leave his home and family, as he relies on his medications, medical care, and his family's support. He is neither a dangerous nor a malicious person; he is a family man who made a mistake and learned the hardest lesson of his life from it.

In closing, I respectfully ask you, Honorable Judge Wood, to consider my husband's character, his medical conditions (of which there are many, as you can see in his medical records), and his lack of any prior history of this nature—as this is his first and last offense. I also ask that you consider his genuine willingness to set his life on the right path when handing down your sentence. I firmly believe that society would not benefit from sending him to federal prison for a long period, as the moral reckoning and remorse he already carries have transformed his life. His true rehabilitation and our family's future depend on him being able to remain at home.

I thank you wholeheartedly for the time and consideration you give to reading this letter.

Sincerely,

Vilma Najarro

204 Circle Dr. Douglas Ga. 31533

June 6th, 2026

Honorable Lisa Godbey Wood
United States District Judge

Re: Nery Rene Carrillo Najarro

Dear Judge Wood:

Le escribo esta carta con el debido respeto para ofrecer mi testimonio de apoyo hacia mi padre, Nery Rene Carrillo Najarro, quien se encuentra ante su honorable tribunal. Lo conozco, por supuesto, de toda mi vida, y a lo largo de mis años creciendo a su lado, he podido ver de primera mano el tipo de hombre que realmente es. Para mí, él no solo ha sido un padre ejemplar, sino un pilar de trabajo, dedicación y amor incondicional. El profundo respeto y la admiración que siento por él permanecen intactos.

Estoy completamente consciente de la gravedad de los problemas legales en los que se encuentra mi padre y de los errores que cometió. Hemos conversado abiertamente sobre esta situación en casa, y me consta que él ha asumido la total responsabilidad de sus actos, mostrando un arrepentimiento genuino por las consecuencias que esto ha traído. Actualmente me encuentro estudiando, y mi padre siempre ha sido mi mayor motivación para salir adelante. Mi compromiso con él es absoluto; estoy totalmente dispuesto a brindarle todo mi apoyo moral y guía en el futuro para asegurarme de que continúe siendo el hombre de bien y el ciudadano productivo que siempre nos enseñó a ser.

Mi padre es una persona noble, valiente y extraordinariamente generosa. Siempre ha estado dispuesto a tenderle la mano a cualquier amigo, vecino o miembro de nuestra comunidad e iglesia que lo necesite, sin esperar nada a cambio. Además de ser el sostén de nuestro hogar, su presencia es vital para nosotros debido a sus delicadas condiciones de salud, las cuales requieren un control médico estricto y el cuidado constante de nuestra familia. Una condena prolongada en prisión no solo deterioraría gravemente su salud física, sino que causaría un impacto emocional devastador en nuestras vidas. Él no representa ningún peligro para la sociedad; es un hombre de familia que cometió un grave error, pero que ya ha aprendido la lección más dura de su vida.

Por todo esto, le pido respetuosamente, Jueza Wood, que considere el carácter humano de mi padre, su falta de antecedentes de esta naturaleza y sus complicaciones médicas al momento de dictar su sentencia. Creo firmemente que la sociedad no obtendría ningún beneficio de enviarlo a una prisión federal por un largo período de tiempo, ya que su verdadera

rehabilitación y el bienestar de nuestra familia dependen de que pueda estar en su hogar corrigiendo su camino.

Le agradezco sinceramente su tiempo y la consideración que le otorgue a esta petición.

Respectfully yours,

Andy Carrillo
204 Circle Drive
Douglas, GA

Letter #2 (English version)

June 6th, 2026

Honorable Lisa Godbey Wood

United States District Judge

Re: Nery Rene Carrillo Najarro

Dear Judge Wood:

I am writing this letter with due respect to offer my testimony in support of my father, Nery Rene Carrillo Najarro, who is appearing before your honorable court. I have known him, of course, my entire life, and throughout the years spent growing up alongside him, I have seen firsthand the kind of man he truly is. To me, he has been not only an exemplary father but also a pillar of hard work, dedication, and unconditional love. The deep respect and admiration I feel for him remain undiminished.

I am fully aware of the gravity of the legal issues my father is facing and the mistakes he made. We have spoken openly about this situation at home, and I know for a fact that he has taken full responsibility for his actions, showing genuine remorse for the consequences that have ensued. I am currently a student, and my father has always been my greatest motivation to succeed. My commitment to him is absolute; I am fully prepared to provide him with all my moral support and guidance in the future to ensure he continues to be the upstanding man and productive citizen he always taught us to be.

My father is a noble, courageous, and extraordinarily generous person. He has always been willing to lend a hand to any friend, neighbor, or member of our community and church in need, without expecting anything in return. Beyond being the provider for our household, his presence is vital to us due to his fragile health, which requires strict medical monitoring and constant care from our family. A lengthy prison sentence would not only severely deteriorate his physical health but also have a devastating emotional impact on our lives. He poses no danger to society; he is a family man who made a serious mistake but has already learned the hardest lesson of his life.

For all these reasons, I respectfully ask you, Judge Wood, to consider my father's character, his lack of any prior record of this nature, and his medical complications when imposing his sentence. I firmly believe that society would gain nothing from sending him to federal prison for a long period, as his true rehabilitation and our family's well-being depend on him being at home and setting his life on the right path.

I sincerely thank you for your time and for the consideration you give to this request.

Respectfully yours,

Andy Carrillo

204 Circle Drive

Douglas, GA

Letter #3
06/06/2026

Honorable Lisa Godbey Wood
United States District Judge

Re: Nery Rene Carrillo Najarro

Dear Judge Wood:

My name is Yair Alexander Carrillo Najarro, and I am the son of Mr. Nery Rene Carrillo Najarro. To me, he is my dad. I have known him my entire life, and I love and respect him deeply. He has always been one of the most important people in my life. He has sacrificed so much for our family and has continuously supported me, whether by giving me life advice, encouraging me in my studies, or showing me through his own example what it means to work hard and keep going. One thing I admire about my dad is that even after long days of work, he still finds the time to ask me about school, give me advice, and remind me to stay focused on my future. His support has helped me continue pursuing my education, and I know I would not be where I am today without him.

I understand that my father's case is very serious, and I do not take this situation lightly. My father has sat down with our family and talked honestly about his actions. He has acknowledged his wrongdoing, accepted responsibility, and promised our family that he will never put himself or us in this position again. I truly believe him when he says this, because the man I know is not someone who lives his life trying to do wrong. As his son, I will continue to support him, encourage him, and help him stay focused on moving forward in the right direction.

My father is one of the most hardworking people I know. The only days he usually takes off are when we go to church or when he is sick. He does not like to stay home doing nothing; he would much rather work in our backyard, build something for the house, or find a way to be useful. He has always been a pillar for my mother, who is a stay-at-home mother and is often home by herself because my brother and I are away at college. I attend the Georgia Institute of Technology in Atlanta, Georgia, and because of the distance and demands of school, I cannot always be home to help my mother the way my father does.

My father is also a God-fearing man who has always cared for others. I have seen him help people who are less fortunate without expecting anything in return. He is well known, loved, and respected by our family, relatives, and the churches he has been a part of and helped grow. He is not perfect, but he is a man with a good heart, a strong work ethic, and a deep love for his family and faith. I hope the Court can see that his true character is not defined only by this case, but by the life he has lived as a father, husband, provider, and member of his community.

Your Honor, a long prison sentence would affect our family greatly. My father is the person who financially sustains our family, and he is also the emotional support my mother depends on every day. As the Court may have seen in his medical records, my father has a serious health history. Because of his health history, I worry about him being far from consistent

1

medical care and the support system that helps him manage his health. I worry that being taken away from home would negatively affect both his mental and physical health.

I also worry deeply about my mother. My father has been her daily support and companion for many years. Since my brother and I are away in Atlanta for college, I worry that she would be left alone emotionally and practically if my father were taken away for a long time. For me and my brother, this would also be very difficult. Knowing that our mother is back home alone would weigh heavily on us mentally and emotionally, on top of the stress we already carry from our studies.

I am not writing this letter to excuse my father's actions, but to ask the Court to also consider the person he has been to his family, his church, and his community. I respectfully ask the Court to consider mercy for my father. I know he accepts responsibility for what he did, and I believe he sincerely wants to move forward with his life in a better way, surrounded by the support, love, and guidance of his family. I do not believe society would benefit from putting my father in federal prison for a long time. This was his first offense of this kind, and I truly believe he has learned from this experience and will never put himself or his family in this position again. He has a family that needs him, a community that respects him, and the ability to continue being a positive presence in the lives of those around him.

Respectfully yours,

Yair Alexander Carrillo Najarro

204 Circle Dr. Douglas, GA, 31533

Letter #4

June 7, 2026

Honorable Lisa Godbey Wood

United States District Judge

Re: Nery Rene Carrillo Najarro

Dear Judge Wood:

I have known Mr. Carrillo Najarro for the past three years. He services as my lead elder in our Spanish congregation in Pearson, Georgia. I value his leadership in helping this young church to grow in this community. My family and I have come to love and respect him as we work together to build this church in the Pearson community.

I do not understand all the trouble Mr. Carrillo Najarro is in, and he has not spoken with me about this trouble. However, if he would like to talk about it, I would be glad to listen and offer any guidance that would help.

Mr. Carrillo Najarro loves people.  He would often go with me to visit the church members and other families in the community that need our help. Last year after the storm, that came through our counties, Coffee and Atkinson; Mr. Carrillo Najarro helped put together work crews from the community and the church.  He helped rebuild families' property that was damaged and clean up many yards from the storm damage.

Judge Wood, I have had the opportunity to work side by side with Mr. Carrillo Najarro for the past three years. I have gotten to know something about him. I know that he pleaded guilty for participating in the conspiracy that violated the labor laws. I believe that he is genuinely sorry for participating in this conspiracy, I believe that he has asked God to forgive him.  I believe that he has asked God to forgive him for misrepresenting Him (God) to his brethren the foreign farm workers.  I believe that he has asked God to forgive him for not setting a better example for his community.  I believe that Mr. Carrillo Najarro understands that his actions have consequences and by the help of God he is willing to face them.  However, I believe that putting Mr. Carrillo Najarro in federal prison for a long time will not be beneficial to our society. I believe that given the opportunity, Mr. Carrillo Najarro will live a life demonstrating his true repentance.  He will work in and for the community he wronged.  He will show all that God is real and if we permit Him, He will make a new individual out of us.

Respectfully yours,

Buddy Goodwin, Pastor

3528 Boone Road, Axson Ga. 31624

Letter #5

June 7, 2026

Honorable Judge Wood,

My name is Daniel Hernandez, and I am writing this letter to respectfully share my thoughts about Mr. Carrillo Najarro, who is my uncle. I have known him for my entire life and have had the privilege of growing up around him. Over the years, I have been able to observe his character, values and the way he treats those around him. Since I was a child, he has been an important figure in my life teaching me values skills related to construction hard work and a sense of responsibility, and perseverance. He's also been present for family events and gatherings. I have deep respect for him as a person and a family member that I love and care for.

I understand that Mr. Carrillo Najarro is facing a serious legal situation, and I have spoken to him about the challenges he is currently experiencing. Through our conversations, I have seen someone who is thoughtful, concerned about the consequences of his actions, and determined to move forward in a positive and responsible way.  He has a strong family support system that is willing to help him remain focused on his responsibilities and continue making positive contributions to the lives of those around him.

Mr Carrillo Najarro is a man of strong character and family values. The qualities that best describe him are generosity honesty perseverance compassion and responsibility. Throughout my life, I have watched him work tirelessly to provide for his family and help others whenever they were in need. He has always shown tremendous love and dedication to his wife and children making their well-being a priority. No matter the challenges he has encountered he has never given up on his family or his responsibilities.

Based on my knowledge of him, I believe Mr.Carrillo Najarro understands the seriousness of his situation and wants to move forward with his life in a positive  and productive manner. I sincerely believe he has much more to contribute to his family and community. In my option society would not benefit from keeping him in federal prison for an extended period of time. He is a hardworking individual a provider for his family and someone who has the support and accountability of those who care about him.

Thank you for your time and consideration of this letter,

Respectfully

Daniel Alfonso Hernandez

June 7 2026

Honorable Judge Wood

     Durante los anos que he conocido al Sr. Carrillo Najarro, siempre ha sido un buen cuñado y un excelente tío para nuestra familia. Lo considero una persona respetuosa trabajadora generosa y comprometida con sus seres queridos. Siempre ha estado dispuesto a ayudar cuando alguien lo necesita y ha demostrado amor y dedication hacia su familia. Por estas razones le tengo un gran respeto y aprecio.

     Gracias

     Brenda Mendoza

Letter #6 (English version)

June 7, 2026

Honorable Judge Wood

Throughout the years I have known Mr. Carrillo Najarro, he has always been a good brother-in-law and an excellent uncle to our family. I consider him a respectful, hardworking, and generous person who is committed to his loved ones. He has always been willing to help whenever someone is in need and has shown love and dedication to his family. For these reasons, I hold him in high regard and deeply appreciate him.

Thank you,

Brenda Mendoza