UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | 5:21-CR-9-20 |
| BRETT DONAVAN BUSSEY, | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF FILING POST CONVICTION CONSULTATION CERTIFICATION**

COMES NOW BRETT D. BUSSEY, Defendant herein, by and through his

counsel of record, and files this his Post Conviction Consultation Certification

attached hereto as Exhibit A.

This the 10th day of June, 2026.

WITHERS LAW FIRM PC

**/s/Thomas A. Withers, Esq.**
Thomas A. Withers
Georgia Bar Number: 772250
Attorney for Defendant Brett D. Bussey

8 East Liberty Street
Savannah, Ga. 31401
(912) 447-8400

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing (NEF) which was generated as a result of electronic filing in this court.

This the 10th day of  June, 2026.

*/s/ Thomas A. Withers, Esq.*
Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Attorney for Defendant Brett D. Bussey

Withers Law Firm PC
8 East Liberty Street
Savannah, Georgia 31401
Telephone:  (912) 447-8400
Facsimile:   (912) 629-6347
E-Mail: Twithers@witherslawfirmpc.com