# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA

### POST-CONVICTION CONSULTATION CERTIFICATION

**TO BE COMPLETED AND FILED BY COUNSEL:**

I, _Tom Withes_ [print name], attorney for _Brett Bussey_ [print name], certify that I this day met with my client _Brett Bussey_ [print name] and:

- I found him/her to be of sound mind, clear-haded, and able to comprehend all of what I advised him/her regarding his/her right to appeal from the conviction and sentence in this case.

- I have fully explained to him/her the appellate process, including that he/she

  (a) has the right to a direct appeal to the Eleventh Circuit, with assistance of counsel, free of charge, if he/she is indigent, but to exercise that right he/she

  (b) must timely file a notice of appeal and

  (c) comply with all appellate form-completion and briefing obligations;

- I have advised him/her about the advantages and disadvantages of pursing an appeal;

- I have thoroughly inquired of him/her about his/her interest in appealing his/her conviction.

It is in that light that (check one):

_____ he/she has decided to file an appeal and thus has instructed me to file it for him/her.

__✓__ he/she has decided not to file an appeal, and I have explained to him/her the consequences of failing to do so. Those consequences include the waiver of his/her right to complain about the process that lead up to his/her conviction, including in the future, should he/she decide to seek any form of habeas corpus, 28 U.S.C. § 2255, or other judicial relief from the conviction.

This __9th__ day of __Jun__, 20____.

Print: _Thomas D. W. Withes_ name of attorney

Sign: _Th. D. wit_ signature of attorney

Witnessed:

Print: _Brett Bussey_ name of defendant

Sign: _____ signature of defendant

**TO BE COMPLETED BY THE DEFENDANT**

I, _Brett Bussey_ [print name], certify that I this day met with my attorney, _Tom Withers_ [print name] and:

- I am of sound mind, clear-headed, and able to comprehend all of what my attorney has advised me about my right to appeal my conviction and sentence in this case;

- My attorney has fully explained to me the appellate process, including that I:

     (a) have the right to direct appeal to the Eleventh Circuit, with assistance of counsel, free of charge, if I am indigent, but to exercise that right I

     (b) must timely file a notice of appeal and

     (c) comply with all appellate form-completion and briefing obligations;

- My attorney has advised me about the advantages and disadvantages of pursing an appeal;

- My attorney has thoroughly inquired of me about my interest in appealing my conviction.

It is in that light that (check one):

_____ I have decided to file an appeal and thus have instructed me to file it for me

___✓___ I have decided not to file an appeal, and my attorney has explained to me the consequences of failing to do so. Those consequences include the waiver of my right to complain about the process that led up to my conviction, including in the future, should I decide to seek any form of habeas corpus, 28 U.S.C. § 2255, or other judicial relief from the conviction.

This _9th_ day of __June__, 20_26_.

Print: __Brett Bussey__, name of defendant

Sign: _____, signature of defendant

Witnessed:

Print: _____, name of attorney

Sign: _____, signature of attorney

FILING: Counsel must file this form in the trial-court record of the defendant's case within ten business days following its completion. Attach this as the second page of a document bearing the caption of your client's case with this title: "POST-CONVICTION CONSULTATION CERTIFICATION."