**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:21-CR-9-12** |
| | ) | |
| **DELIA IBARRA ROJAS** | ) | |

## DECLARATION OF PUBLICATION

1.      I am an Assistant United States Attorney, and I represent the United States in this action.

2.      As required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure and as evidenced by Exhibit 1, Notice of Criminal Forfeiture was posted on [www.forfeiture.gov,](http://www.forfeiture.gov) an official government website, for 30 consecutive days, beginning on February 11, 2026.

3.      I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of June 2026.

MARGARET E. HEAP
UNITED STATES ATTORNEY

By:      ***/s/ L. Alexander Hamner***
L. Alexander Hamner
Assistant United States Attorney
Indiana Bar. No. 31996-41
Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
[alex.hamner@usdoj.gov](mailto:alex.hamner@usdoj.gov)